**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC., | Case No. 16-11626 (BLS) |
| | (Joint Administration Requested) |
| Debtors. | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF CRAIG H. AVERCH**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Craig H. Averch to represent ESML Holdings Inc. ("**Holdings**") and Essar Steel Minnesota LLC ("**ESML**," and, together with Holdings, the "**Debtors**") in the above-captioned chapter 11 cases.

Dated: July 11, 2016
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

/s/ L. John Bird
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
jbird@foxrothschild.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the United States District Courts for the Northern, Southern and Western Districts of Texas, the United States District Court for the District of Maryland, the United States District Courts for the Central and Southern Districts of California, and the United States Courts of Appeal for the Fifth and Ninth Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised July 23, 2009. I further certify that the annual fee of $25 has been paid to the Clerk of the Court for the District Court.

Dated: June 3, 2016

Respectfully submitted,

By: _____

Craig H. Averch
**WHITE & CASE LLP**
555 South Flower Street
Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
caverch@whitecase.com