**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS, INC., | : | Case No. 16-11626 (BLS) |
| | : | |
| | : | (Joint Administration Requested) |
| Debtors. | : | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for ICICI Bank Limited as Facility Agent ("**ICICI Bank**") under that certain Senior Secured Credit Agreement dated as of December 29, 2010, as amended, and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

Clyde E. Rankin, III, Esq.
Debra A. Dandeneau, Esq.
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626-4100
Facsimile: (212) 310-1600
Email: clyde.rankin@bakermckenzie.com
　　　　debra.dandeneau@bakermckenzie.com

John H. Knight, Esq.
Zachary I. Shapiro, Esq.
Andrew M. Dean, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: knight@rlf.com
　　　　shapiro@rlf.com
　　　　dean@rlf.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of ICICI Bank to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) ICICI Bank's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) ICICI Bank's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) ICICI Bank's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which ICICI Bank are or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments ICICI Bank expressly reserves.

Dated: July 11, 2016
      Wilmington, Delaware

                                /s/ John H. Knight
                              John H. Knight, Esq. (DE 3848)
                              Zachary I. Shapiro, Esq. (DE 5103)
                              Andrew M. Dean (DE 6147)
                              RICHARDS, LAYTON & FINGER, P.A.
                              One Rodney Square
                              920 North King Street
                              Wilmington, Delaware 19801
                              Telephone: (302) 651-7700
                              Facsimile: (302) 651-7701
                              Email: knight@rlf.com
                                          shapiro@rlf.com
                                          dean@rlf.com

                                          -and-

                              Clyde E. Rankin, III, Esq.
                              Debra A. Dandeneau, Esq.
                              BAKER & MCKENZIE LLP
                              452 Fifth Avenue
                              New York, NY 10018
                              Telephone: (212) 626-4100
                              Facsimile: (212) 310-1600
                              Email: clyde.rankin@bakermckenzie.com
                                          debra.dandeneau@bakermckenzie.com

                              *Counsel to ICICI Bank*