**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Joint Administration Requested) |
|---|---|

**NOTICE OF FILING CREDITOR MATRIX**

PLEASE TAKE NOTICE that the above-referenced debtors and debtors-in-possession have filed their consolidated Creditor Matrix with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801.

Dated: July 11, 2016

Respectfully submitted,

*/s/ L. John Bird*
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
jbird@foxrothschild.com

and

Thomas E. Lauria (*pro hac vice* pending)
Matthew C. Brown (*pro hac vice* pending)
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 385-5744

[1] The last four digits of Essar Steel Minnesota LLC's federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

tlauria@whitecase.com
mbrown@whitecase.com

and

Craig H. Averch (*pro hac vice* pending)
Ronald K. Gorsich (*pro hac vice* pending)
**WHITE & CASE LLP**
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com

*Proposed Attorneys for the Debtors and Debtors in Possession*