**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS, INC., | : | Case No. 16-11626 (BLS) |
| | : | |
| | : | (Joint Administration Requested) |
| Debtors. | : | |

**MOTION AND ORDER FOR ADMISSION
*PRO HAC VICE* OF CLYDE E. RANKIN, III**

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, counsel moves for the admission *pro hac vice* of Clyde E. Rankin, III of Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018, as an attorney for ICICI Bank Limited as Facility Agent under that certain Senior Secured Credit Agreement dated as of December 29, 2010, as amended.

Dated: July 11, 2016
Wilmington, Delaware

Respectfully submitted,

*/s/* John H. Knight
John H. Knight (DE 3848)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: knight@rlf.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

**Dated: July 12th, 2016
Wilmington, Delaware**

**BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE**

RLF1 14796746v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing and in good standing as a member of the bar of the states of New York, New Jersey, and the District of Columbia, am admitted to practice before the United States Supreme Court, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised February 1, 2015. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: July 11, 2016

*/s/* Clyde E. Rankin, III
Clyde E. Rankin, III
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626-4100
Facsimile: (212) 310-1600
Email: clyde.rankin@bakermckenzie.com