

www.kmksc.com



**KOHNER MANN & KAILAS, S.C.**
**ATTORNEYS AT LAW**

Washington Building
Barnabas Business Center
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
Telephone (414) 962-5110
Facsimile  (414) 962-8725
Email kmksc@kmksc.com

July 11, 2016

Clerk of Court
U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

    In re:  Essar Steel Minnesota LLC
            Bankruptcy Case No. 16-11627
            Our File No. 16-00677

Dear Clerk:

On behalf of Dayton Superior Corporation, the creditor, we enclose herewith an original and two (2) copies of a proof of claim with regard to the above-referenced bankruptcy case.

Please file the original with your court and return one of the copies, along with your usual stamp, confirming the date on which the claim has been filed.

Also, please indicate the assigned claim number on the return copy.

A self-addressed, postage-prepaid envelope is enclosed for your convenience in replying.

**PLEASE PLACE THE LAW FIRM OF KOHNER, MANN & KAILAS, S.C. ON THE MAILING LIST FOR ALL NOTICES IN THIS MATTER.**

Thank you for your assistance.

Very truly yours,

KOHNER, MANN & KAILAS, S.C.

David M. Henry
Attorney

DMH:val:Encs.