**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| ESML Holdings, Inc. | : | Case No. 16-11626 (BLS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Axis Capital, Inc.,** Attn: Andrea Zana, c/o Amur Finance Company, Inc., One North Lexington Ave, Suite 1101, White Plains, NY 10601, Phone: 212-893-8864

2. **ArcelorMittal USA, LLC.**, Attn: Eric Knorr, 3300 Dickey Road, East Chicago, IN 46312, Phone: 219-399-1200

3. **FLSmidth USA, Inc.,** Attn: Mark Taylor, 7158 South FLSmidth Drive, Midvale, Utah 84047, Phone: 801-871-7240


                                           ANDREW R. VARA
                                           Acting United States Trustee, Region 3


                                           /s/ Linda Casey for
                                           T. PATRICK TINKER
                                           ASSISTANT UNITED STATES TRUSTEE

DATED: July 20, 2016

Attorney assigned to this Case: Linda Casey, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: L. John Bird, Esquire, Phone: (302) 622-4263, Fax: (302) 656-8920