**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ESSAR STEEL MINNESOTA LLC[1] and ESML HOLDINGS INC., | Case No. 16-11626 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket Nos. 788 and 804** |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 16, 2017 AT 10:00 A.M. (EASTERN TIME)[3]**

## I.   CONTINUED MATTER:

1.   Debtors' First (Non-Substantive) Omnibus Objection to Certain Claims, filed November 19, 2016 [Docket No. 553]

   Objection Deadline:   February 9, 2017 at 4:00 P.M. (Extended to March 9, 2017 at 4:00 P.M. for all parties)

   Responses Received:

   a.   Response of Essar Constructions Limited, *et al.* to Debtors' First (Non-Substantive) Omnibus Motion, filed March 8, 2017 [Docket No. 774]

   Related Documents:

   a.   Notice of Submission of Proofs of Claim, filed February 2, 2017 [Docket No. 689]

---

[1]   Essar Steel Minnesota LLC is doing business as Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2]   **Amended items appear in bold.**

[3]   Parties who are unable to attend the hearing in person may participate by telephone by contacting CourtCall, an independent conference call company, at (866) 582-6878. Please refer to the Court's website at www.deb.uscourts.gov (in the "General Information" under the "Judges' Info" section) for complete information and instructions. A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' noticing and claims agent, Epiq Bankruptcy Solutions, Inc. at http://dm.epiq11.com/Essar. Further information may be obtained by calling (646) 282-2500.

Status:

By agreement of the parties, this matter has been continued to a hearing date to be determined.

## II.    **MATTER UNDER CERTIFICATE OF NO OBJECTION:**

2.    Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Order Authorizing Debtors to Enter Into Certain Agreements with (A) the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, and (B) The Iron Range Building and Construction Trades Council, filed February 23, 2017 [Docket No. 755]

Objection Deadline:    March 9, 2017 at 4:00 P.M.

Responses Received:

a.    None.

Related Documents:

a.    Certificate of No Objection, filed March 10, 2017 [Docket No. 784]

b.    **Order Granting Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Order Authorizing Debtors to Enter Into Certain Agreements with (A) the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, and (B) The Iron Range Building and Construction Trades Council, granted March 15, 2017 [Docket No. 798]**

Status:

**An order granting this motion has been signed.**

## III.    **MATTERS UNDER CERTIFICATION OF COUNSEL:**

3.    Great Lakes Gas Transmission Limited Partnership's Motion to Designate Proof of Claim as Timely Filed, filed February 6, 2017 [Docket No. 703]

Objection Deadline:    March 9, 2017 at 4:00 P.M.

Responses Received:

a.    Debtors' Objection to Great Lakes Gas Transmission Limited Partnership's Motion to Designate Proof of Claim as Timely Filed, filed March 8, 2017 [Docket No. 775]

Related Documents:

a.      Certification of Counsel, filed March 11, 2017 [Docket No. 786]

**b.      Order Granting Great Lakes Gas Transmission Limited Partnership's Motion to Designate Proof of Claim as Timely Filed, granted March 15, 2017 [Docket No. 797]**

Status:

**An order granting this motion has been signed.**

4.      Debtors' Motion for Release of Supersedeas Bond, filed February 21, 2017 [Docket No. 749]

Objection Deadline:   March 7, 2017 at 4:00 P.M.

Responses Received:

a.      Informal comments from Great Lakes Gas Transmission Limited Partnership

Related Documents:

a.      Declaration of Sanjay Bhartia in Support of Debtors' Motion for Release of Supersedeas Bond, filed March 7, 2017 [Docket No. 773]

b.      Certification of Counsel, filed March 11, 2017 [Docket No. 785]

**c.      Order Granting Debtors' Motion for Release of Supersedeas Bond, granted March 15, 2017 [Docket No. 796]**

Status:

**An order granting this motion has been signed.**

**IV.    CONTESTED MATTER:**

5.      Motion of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. for Entry of an Order (I) Approving the Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., (II) Approving Form of Ballots and Proposed Solicitation and Tabulation Procedures for the Plan, (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof, (IV) Establishing Procedures for Voting in Connection With the Plan Confirmation Process, and (V) Scheduling a Confirmation Hearing, filed February 23, 2017 [Docket No. 756]

<u>Objection Deadline:</u>    March 9, 2017 at 4:00 P.M. (Extended to March 14, 2017 for the Official Committee of Unsecured Creditors)

<u>Responses Received:</u>

a.    Response by ICICI Bank Limited, Singapore Branch, to the Debtors' Proposed Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed March 3, 2017 [Docket No. 767]

b.    Limited Objection of Essar Steel Algoma Inc. to the Debtors' Proposed Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed March 9, 2017 [Docket No. 779]

**c.    Statement of the Official Committee of Unsecured Creditors to Motion of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. for Entry of an Order (I) Approving the Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., (II) Approving Form of Ballots and Proposed Solicitation and Tabulation Procedures for the Plan, (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof, (IV) Establishing Procedures for Voting in Connection With the Plan Confirmation Process, and (V) Scheduling a Confirmation Hearing, filed March 15, 2017 [Docket No. 803]**

**d.    Informal comments from the United States Trustee.**

<u>Related Documents:</u>

a.    Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed February 2, 2017 [Docket No. 690]

b.    Proposed Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed February 2, 2017 [Docket No. 691]

c.    Notice of Debtors' Motion to Assume Unexpired Mineral Leases, filed February 2, 2017 [Docket No. 692]

d.    Notice of Hearing to Consider Approval of Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company

LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed February 2, 2017 [Docket No. 693]

e.  **First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed March 14, 2017 [Docket No. 791]**

f.  **Blackline of First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed March 14, 2017 [Docket No. 792]**

g.  **First Amended Proposed Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed March 14, 2017 [Docket No. 793]**

h.  **Blackline of First Amended Proposed Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed March 14, 2017 [Docket No. 794]**

i.  **Notice of Filing of Revised and Blackline Exhibits to Motion of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. for Entry of an Order (I) Approving the Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., (II) Approving Form of Ballots and Proposed Solicitation and Tabulation Procedures for the Plan, (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof, (IV) Establishing Procedures for Voting in Connection With the Plan Confirmation Process, and (V) Scheduling a Confirmation Hearing, filed March 15, 2017 [Docket No. 795]**

Status:

The **Informal Comments from the United States Trustee and** Limited Objection of Essar Steel Algoma Inc. to the Debtors' Proposed Disclosure Statement **have** been resolved **and are reflected in the First Amended Proposed Disclosure Statement.** There is currently no unresolved objection to the Disclosure Statement. This matter is going forward.

## V.    **INTERIM FEE APPLICATIONS:**

6.  Second Interim Fee Applications of Professionals

Responses Received.

a.      None.

Related Documents:

a.      See attached Exhibit A.

b.      Certification of Counsel Regarding Omnibus Order Granting Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses During the Second Interim Fee Period, filed March 13, 2017 [Docket No. 787]

c.      **Omnibus Order Granting Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses During the Second Interim Fee Period, granted March 15, 2017 [Docket No. 799]**

Status:

No responses were filed to any of the Interim Fee Applications.  An omnibus order **was signed by the Court on March 15, 2017**.

Dated: March **15**, 2017          **FOX ROTHSCHILD LLP**

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
Courtney A. Emerson (DE No. 6229)
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
jbird@foxrothschild.com
cemerson@foxrothschild.com

and

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 385-5744
tlauria@whitecase.com
mbrown@whitecase.com

and

Craig H. Averch (admitted *pro hac vice*)
Ronald K. Gorsich (admitted *pro hac vice*)
**WHITE & CASE LLP**
555 South Flower Street
Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*

# EXHIBIT A

## INDEX OF SECOND INTERIM FEE APPLICATIONS

A)    Second Interim Fee Application of Hogan McDaniel as Delaware Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2016 through December 31, 2016, filed February 14, 2017 [Docket No. 729]

      1)    Fourth Monthly Application of Hogan McDaniel as Delaware Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2016 to October 31, 2016, filed December 9, 2016 [Docket No. 590]

      2)    Certificate of No Objection Regarding Fourth Monthly Application of Hogan McDaniel as Delaware Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2016 to October 31, 2016, filed January 5, 2017 [Docket No. 648]

      3)    Fifth Monthly Application of Hogan McDaniel as Delaware Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period November 1, 2016 to November 30, 2016, filed December 21, 2016 [Docket No. 631]

      4)    Certificate of No Objection Regarding Fifth Monthly Application of Hogan McDaniel as Delaware Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period November 1, 2016 to November 30, 2016, filed January 12, 2017 [Docket No. 660]

      5)    Sixth Monthly Application of Hogan McDaniel as Delaware Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period December 1, 2016 to December 31, 2016, filed January 23, 2017 [Docket No. 671]

      6)    Certificate of No Objection Regarding Sixth Monthly Application of Hogan McDaniel as Delaware Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period December 1, 2016 to December 31, 2016, filed February 13, 2017 [Docket No. 726]

B)    Second Interim Fee Application of Kasowitz, Benson, Torres & Friedman LLP as Counsel to the Official Committee of Unsecured Creditors for the Period from October, 2016 through December 31, 2016, filed February 21, 2017 [Docket No. 750]

      1)    Fourth Monthly Fee Application of Kasowitz, Benson, Torres & Friedman LLP for Allowance of Compensation and Reimbursement of Expenses for Services

Rendered as Counsel to the Official Committee of Unsecured Creditors During the Period from October 1, 2016 through October 31, 2016, filed November 30, 2016 [Docket No. 578]

2)    Certificate of No Objection Regarding Fourth Monthly Fee Application of Kasowitz, Benson, Torres & Friedman LLP for Allowance of Compensation and Reimbursement of Expenses for Services Rendered as Counsel to the Official Committee of Unsecured Creditors During the Period from October 1, 2016 through October 31, 2016, filed December 21, 2016 [Docket No. 632]

3)    Fifth Monthly Fee Application of Kasowitz, Benson, Torres & Friedman LLP for Allowance of Compensation and Reimbursement of Expenses for Services Rendered as Counsel to the Official Committee of Unsecured Creditors During the Period from November 1, 2016 through November 30, 2016, filed January 11, 2017 [Docket No. 658]

4)    Certificate of No Objection Regarding Fifth Monthly Fee Application of Kasowitz, Benson, Torres & Friedman LLP for Allowance of Compensation and Reimbursement of Expenses for Services Rendered as Counsel to the Official Committee of Unsecured Creditors During the Period from November 1, 2016 through November 30, 2016, filed February 1, 2017 [Docket No. 686]

5)    Sixth Monthly Fee Application of Kasowitz, Benson, Torres & Friedman LLP for Allowance of Compensation and Reimbursement of Expenses for Services Rendered as Counsel to the Official Committee of Unsecured Creditors During the Period from December 1, 2016 through December 31, 2016, filed February 6, 2017 [Docket No. 700]

6)    Certificate of No Objection Regarding Sixth Monthly Fee Application of Kasowitz, Benson, Torres & Friedman LLP for Allowance of Compensation and Reimbursement of Expenses for Services Rendered as Counsel to the Official Committee of Unsecured Creditors During the Period from December 1, 2016 through December 31, 2016, filed March 2, 2017 [Docket No. 763]

C)    Second Interim Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period October 1, 2016 through December 31, 2016, filed February 15, 2017 [Docket No. 734]

1)    Third Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period October 1, 2016 through October 31, 2016, filed November 23, 2016 [Docket No. 563]

2)      Certificate of No Objection Regarding the Third Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period October 1, 2016 through October 31, 2016, filed December 13, 2016 [Docket No. 605]

3)      Fourth Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period November 1, 2016 through November 30, 2016, filed December 22, 2016 [Docket No. 633]

4)      Certificate of Counsel Regarding the Fourth Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period November 1, 2016 through November 30, 2016, filed January 12, 2017 [Docket No. 661]

5)      Certificate of No Objection Regarding the Fourth Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period November 1, 2016 through November 30, 2016, filed January 23, 2017 [Docket No. 670]

6)      Fifth Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period December 1, 2016 through December 31, 2016, filed January 24, 2017 [Docket No. 676]

7)      Certificate of No Objection Regarding the Fifth Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses for the Period December 1, 2016 through December 31, 2016, filed February 13, 2017 [Docket No. 721]

D)      Second Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from October 1, 2016 through December 31, 2016, filed February 15, 2017 [Docket No. 733]

1)      Fourth Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from October 1, 2016 through October 31, 2016, filed November 23, 2016 [Docket No. 564]

2)      Certificate of No Objection Regarding Fourth Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from October 1, 2016 through October 31, 2016, filed December 14, 2016 [Docket No. 618]

3)      Fifth Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from November 1, 2016 through November 30, 2016, filed January 6, 2017 [Docket No. 650]

4)      Certificate of No Objection Regarding Fifth Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from November 1, 2016 through November 30, 2016, filed January 30, 2017 [Docket No. 682]

5)      Sixth Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from December 1, 2016 through December 31, 2016, filed January 20, 2017 [Docket No. 669]

6)      Certificate of No Objection Regarding Sixth Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from December 1, 2016 through December 31, 2016, filed February 14, 2017 [Docket No. 728]

E)      Second Interim Fee Application of Guggenheim Securities, LLC as Investment Banker to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from October 1, 2016 through and including December 31, 2016, filed February 14, 2017 [Docket No. 732]

1)      Monthly Application of Guggenheim Securities, LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors for the Period from October 1, 2016 to and including October 31, 2016, filed November 22, 2016 [Docket No. 558]

2)      Certificate of No Objection Regarding Monthly Application of Guggenheim Securities, LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors for the Period from October 1, 2016 to and including October 31, 2016, filed December 13, 2016 [Docket No. 607]

3)      Monthly Application of Guggenheim Securities, LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors for the Period from November 1, 2016 to and including November 30, 2016, filed December 20, 2016 [Docket No. 628]

4)      Certificate of No Objection Regarding Monthly Application of Guggenheim Securities, LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors for the Period from November 1, 2016 to and including November 30, 2016, filed January 10, 2017 [Docket No. 653]

5)      Monthly Application of Guggenheim Securities, LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors for the Period from December 1, 2016 to and including December 31, 2016, filed January 23, 2017 [Docket No. 672]

6)      Certificate of No Objection Regarding Monthly Application of Guggenheim Securities, LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors for the Period from December 1, 2016 to and including December 31, 2016, filed February 14, 2017 [Docket No. 731]