**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered)<br><br>Related Docket Nos: 691, 756, 793, 794, 808 & 809 |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I) APPROVING THE FIRST AMENDED DISCLOSURE STATEMENT RELATING TO THE CHAPTER 11 PLAN OF REORGANIZATION OF MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC) AND ESML HOLDINGS INC., (II) APPROVING FORM OF BALLOTS AND PROPOSED SOLICITATION AND TABULATION PROCEDURES FOR THE PLAN, (III) APPROVING THE SOLICITATION PACKAGES AND PRESCRIBING THE FORM AND MANNER OF NOTICE AND DISTRIBUTION THEREOF, (IV) ESTABLISHING PROCEDURES FOR VOTING IN CONNECTION WITH THE PLAN CONFIRMATION PROCESS, AND (V) SCHEDULING A CONFIRMATION HEARING**

The undersigned counsel for Mesabi Metallics Company LLC ("Mesabi") (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. ("Holdings," and together with Mesabi, the "Debtors") hereby certifies and states as follows:

1. On February 2, 2017, the Debtors filed their Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. (as amended thereafter, the "Disclosure Statement") (D.I. 691) and the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. (as amended thereafter, the "Plan") (D.I.

---

[1] Essar Steel Minnesota LLC is doing business as Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

690) and noticed March 16, 2017 at 10:00 A.M. Eastern Time as the hearing (the "Hearing") thereon. On February 23, 2017, the Debtors filed the Motion of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. for Entry of an Order (I) Approving the Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., (II) Approving Form of Ballots and Proposed Solicitation and Tabulation Procedures for the Plan, (III) Approving the Solicitation Packaged and Prescribing the Form and Manner of Notice and Distribution Thereof, (IV) Establishing Procedures for Voting in Connection with the Plan Confirmation Process, and (V) Scheduling a Confirmation Hearing (the "Motion") (D.I. 756) and noticed the Motion for the Hearing. Prior to the Hearing, Disclosure Statement and Plan amendments were filed with the Court.

2. On March 16, 2017, the Hearing went forward. At the conclusion of the Hearing, the Court approved the Disclosure Statement and granted the Motion with certain changes and additions as set forth on the record.

3. Attached hereto as Exhibit A is a revised form of order (the "Proposed Order") approving the Disclosure Statement. Attached hereto as Exhibit B is a blacklined version of the Proposed Order showing changes from the form of order attached to the Motion. All changes were discussed on the record at the hearing.

4. Contemporaneously herewith the Debtors have filed clean and blacklined versions of the Disclosure Statement (D.I. 808 & 809) containing the changes discussed on the record at the hearing, as well as clean and blacklined versions of the Plan (D.I. 810 & 811).

Accordingly, the undersigned respectfully request that the Court enter the Proposed Order attached hereto as Exhibit A.

Dated: March 16, 2017

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
Courtney A. Emerson (DE No. 6229)
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
jbird@foxrothschild.com
cemerson@foxrothschild.com

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 385-5744
tlauria@whitecase.com
mbrown@whitecase.com

Craig H. Averch (admitted *pro hac vice*)
Ronald K. Gorsich (admitted *pro hac vice*)
**WHITE & CASE LLP**
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*