**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 16-11626 (BLS) |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1] | (Jointly Administered) |
| Debtors. | Related to Docket No. 756, 795 |

**NOTICE OF FILING OF FURTHER REVISED AND BLACKLINE EXHIBITS TO
MOTION OF MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL
MINNESOTA LLC) AND ESML HOLDINGS INC. FOR ENTRY OF AN ORDER (I)
APPROVING THE DISCLOSURE STATEMENT RELATING TO THE CHAPTER 11
PLAN OF REORGANIZATION OF MESABI METALLICS COMPANY LLC (F/K/A
ESSAR STEEL MINNESOTA LLC) AND ESML HOLDINGS INC., (II) APPROVING
FORM OF BALLOTS AND PROPOSED SOLICITATION AND TABULATION
PROCEDURES FOR THE PLAN, (III) APPROVING THE SOLICITATION
PACKAGES AND PRESCRIBING THE FORM AND MANNER OF NOTICE AND
DISTRIBUTION THEREOF, (IV) ESTABLISHING PROCEDURES FOR VOTING IN
CONNECTION WITH THE PLAN CONFIRMATION PROCESS, AND
(V) SCHEDULING A CONFIRMATION HEARING**

PLEASE TAKE NOTICE that on February 23, 2017, the above captioned debtors and

debtors-in-possession (the "**Debtors**") filed their *Motion for Entry of an Order (I) Approving*

*Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics*

*Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., (II) Approving Form*

*of Ballots and Proposed Solicitation and Tabulation Procedures for the Plan, (III) Approving the*

*Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof,*

---

[1]   Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC.  The last four digits of its federal taxpayer identification number are 8770.  The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

*(IV) Establishing Procedures for Voting in Connection With the Plan Confirmation Process, and*

*(V) Scheduling a Confirmation Hearing* [D.I. 756] (the "**DS Motion**").[2]

PLEASE TAKE FURTHER NOTICE that on March 15, 2017, the Debtors filed their

*Notice of Filing of Revised and Blackline Exhibits to Motion of Mesabi Metallics Company LLC*

*(f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. for Entry of an Order (I) Approving*

*Disclosure Statement Relating to the Chapter 11 Plan of Reorganization, (II) Approving Form of*

*Ballots and Proposed Solicitation and Tabulation Procedures for the Plan, (III) Approving the*

*Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof,*

*(IV) Establishing Procedures for Voting in Connection With the Plan Confirmation Process, and*

*(V) Scheduling a Confirmation Hearing* [D.I. 795] (the "**First Notice of Filing**") with revised

and blackline exhibits thereto;

PLEASE TAKE FURTHER NOTICE that attached hereto are further revised and

blackline exhibits that were made since the filing of the First Notice of Filing which were

discussed on the record at the March 16, 2017 hearing.  They include:

1.      A revised form of the Confirmation Hearing Notice;

2.      A blackline comparison of the revised form of the Confirmation Hearing Notice

        against the form of confirmation hearing notice attached to the First Notice of Filing;

3.      A proposed form of the Non-Voting Notice (Unimpaired) and a blackline comparison

        against the form of the Non-Voting Notice (Unimpaired) attached to the First Notice

        of Filing; and

---

2       Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning
        ascribed to such term in the DS Motion.

LOSANGELES 1016462

4.        A proposed form of the Non-Voting Notice (Deemed Rejected) and a blackline

comparison against the form of the Non-Voting Notice (Deemed Rejected) attached

to the First Notice of Filing.

Dated: March 16, 2017              Respectfully submitted,
       Wilmington, Delaware

                                   */s/ L. John Bird*
                                   Jeffrey M. Schlerf (DE No. 3047)
                                   L. John Bird (DE No. 5310)
                                   Courtney A. Emerson (DE No. 6229)
                                   **FOX ROTHSCHILD LLP**
                                   919 North Market Street, Suite 300
                                   Wilmington, DE 19801
                                   Telephone: (302) 654-7444
                                   Facsimile: (302) 656-8920
                                   jschlerf@foxrothschild.com
                                   jbird@foxrothschild.com

                                   Thomas E Lauria (admitted pro hac vice)
                                   Matthew C. Brown (admitted pro hac vice)
                                   **WHITE & CASE LLP**
                                   Southeast Financial Center
                                   200 South Biscayne Boulevard
                                   Suite 4900
                                   Miami  Florida 33131-2352
                                   Telephone:   (305) 371-2700
                                   Facsimile:   (305) 385-5744
                                   tlauria@whitecase.com
                                   mbrown@whitecase.com

                                   Craig H. Averch (admitted pro hac vice)
                                   Ronald K. Gorsich (admitted pro hac vice)
                                   Lauren C. Fujiu-Berger (admitted pro hac vice)
                                   **WHITE & CASE LLP**
                                   555 South Flower Street
                                   Suite 2700
                                   Los Angeles, California 90071
                                   Telephone:   (213) 620-7700
                                   Facsimile:   (213) 452-2329
                                   caverch@whitecase.com
                                   rgorsich@whitecase.com

                                   *Attorneys for the Debtors and Debtors in Possession*

3