**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 16-11626 (BLS) |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1] | (Jointly Administered) |
| Debtors. | **Objection Deadline: April 17, 2017 at 4:00 PM EST**<br>**Voting Deadline: April 19, 2017 at 4:00 PM EST**<br>**Hearing Date: April 26, 2017 at 9:30 AM EST**<br>**Re: Docket Nos. 690, 691, and [●]** |

**NOTICE OF (A) SOLICITATION OF VOTES TO ACCEPT OR REJECT THE
CHAPTER 11 PLAN OF REORGANIZATION FOR MESABI METALLICS COMPANY
LLC (F/K/A ESSAR STEEL MINNESOTA LLC) AND ESML HOLDINGS INC., (B)
HEARING TO CONSIDER PLAN CONFIRMATION, AND (C) DEADLINE FOR
FILING OBJECTIONS TO THE PLAN**

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that on [●], 2017, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order (the "**Order**") approving the disclosure statement (the "**Disclosure Statement**") relating to the Chapter 11 Plan of Reorganization (the "**Plan**") of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. (collectively, the "**Debtors**").[2]

NOTICE IS FURTHER GIVEN that pursuant to the Order, solicitation materials consisting of a CD-ROM containing the Order, the Disclosure Statement, the Plan, and all exhibits thereto, and an appropriate paper ballot for the purpose of voting to accept or reject the Plan have been mailed to all known holders of Class 2 – Project Finance Secured Claims, Class 3 – Term Loan Secured Claims, Class 4 – Supplier Credit Secured Claims, Class 5 – Mechanic's Lien Claims, Class 6 – Other Secured Claims, Class 7 – Project Unsecured Claims, and Class 8 – General Unsecured Claims, and Class 9 – Convenience Claims. Holders of Class 1 – Priority Claims and Class 10 – Equity Interests are not entitled to vote and holders of such Claims will receive an applicable Notice of Non-Voting Status, and with respect to Class – 7 Project Unsecured Claims and Class 8 – General Unsecured Claims, a copy of the letter from the Committee, dated March 16, 2017, regarding the Plan. Any party in interest wishing to obtain copies of the Disclosure Statement or Plan may do so by (i) calling Epiq, the Solicitation and Tabulation Agent, at (646) 282-2500; (ii) viewing or downloading such documents by accessing the Solicitation and Tabulation Agent's website free of charge at http://dm.epiq11.com/ESM; (iii) making a request by email to tabulation@epiqsystems.com with a reference to "ESML" in the

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] Where the context requires, each capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such term in the Plan.

subject line; or (iv) accessing the Court's website, www.deb.uscourts.gov.  Please note that a PACER login and password are required to access the documents on the Court's website.

NOTICE IS FURTHER GIVEN that the Order approved certain voting procedures to be used in connection with the Plan (the "**Voting Procedures**").  Creditors should review the Voting Procedures carefully.

NOTICE IS FURTHER GIVEN that all ballots cast to accept or reject the Plan must be properly completed, executed, and mailed or delivered to the Debtors' Solicitation and Tabulation Agent so that they are **ACTUALLY RECEIVED** no later than **April 19, 2017 at 4:00 p.m., (Prevailing Eastern Time).  If your ballot is not properly completed or received by such time, it will not be counted as a vote to accept or reject the Plan.  Ballots transmitted by facsimile, telecopy transmission, or electronic mail will not be accepted and will not be counted as a vote to accept or reject the Plan.**

NOTICE IS FURTHER GIVEN that the Court has fixed **April 26, 2017 at 9:30 a.m. (Prevailing Eastern Time)**, as the date and time for the hearing to consider confirmation of the Plan and related matters (the "**Confirmation Hearing**").  The Confirmation Hearing will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Wilmington, Delaware 19801.  The Confirmation Hearing may be adjourned from time to time without further notice other than announcement made at the Confirmation Hearing or any adjourned hearing.

NOTICE IS FURTHER GIVEN that objections, if any, to the confirmation of the Plan must be in writing, and must (i) state the name and address of the objecting party and the nature and amount of the claim or interest of such party; (ii) state with particularity the basis and nature of each objection to confirmation of the Plan; (iii) conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and any orders of the Court; and (iv) be filed, together with proof of service, with the Court and served so that they are received no later than **April 17, 2017 at 4:00 p.m. (Prevailing Eastern Time)**, by the Court, and the following parties: (a) Counsel for the Debtors: White & Case LLP, 555 South Flower Street, Suite 2700, Los Angeles, California 90071-2433, Attn: Ronald K. Gorsich, Esq. and (b) Delaware Counsel for the Debtors: Fox Rothschild LLP, Citizens Bank Center, Suite 300, 919 North Market Street, Wilmington, Delaware 19801, Attn: Jeffrey M. Schlerf, Esq.

**NOTICE IS FURTHER GIVEN that the Plan contains injunctions which, with certain exceptions, permanently enjoin any holder of any Claim or Equity Interest from, among other things, taking any of the following actions: (i) against or affecting the Debtors, the Estates, the Litigation Trustee, or any of their successors and assigns, or their respective assets and property with respect to such Claims or Equity Interests (except for actions brought to enforce any rights or obligations under the Plan); or (ii) in respect of any of the Causes of Action released pursuant to the Plan: (a) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, action, or other proceeding of any kind (*including*, all suits, actions, and proceedings that are pending as of the Effective Date, which must be withdrawn or dismissed with prejudice); (b) enforcing, levying, attaching, collecting, or otherwise recovering by any manner or means, whether directly or indirectly, any judgment, award, decree, or order; (c) creating, perfecting, or otherwise enforcing in**

any manner, directly or indirectly, any encumbrance; and (d) asserting any setoff or right of subrogation of any kind; *provided*, that any defenses, offsets, or counterclaims which the Debtors and the Litigation Trustee may have or assert in respect of the above referenced Claims are fully preserved in accordance with Section 14.18 of the Plan.

Dated: [●], 2017
      Wilmington, Delaware

                                 _____

Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
Courtney A. Emerson (DE No. 6229)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
jbird@foxrothschild.com


Thomas E Lauria (admitted pro hac vice)
Matthew C. Brown (admitted pro hac vice)
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami  Florida 33131-2352
Telephone:   (305) 371-2700
Facsimile:   (305) 385-5744
tlauria@whitecase.com
mbrown@whitecase.com


Craig H. Averch (admitted pro hac vice)
Ronald K. Gorsich (admitted pro hac vice)
Lauren C. Fujiu-Berger (admitted pro hac vice)
**WHITE & CASE LLP**
555 South Flower Street
Suite 2700
Los Angeles, California 90071
Telephone:   (213) 620-7700
Facsimile:   (213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com


*Attorneys for the Debtors and Debtors in Possession*

Document comparison by Workshare Compare on Thursday, March 16, 2017 4:58:23 AM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://AMERICAS_DMS/Americas/92518425/4 |
| Description | #92518425v4<Americas> - cmj - Ventura - Exhibit C - Confirmation Hearing Notice |
| Document 2 ID | interwovenSite://AMERICAS_DMS/Americas/92518425/5 |
| Description | #92518425v5<Americas> - cmj - Ventura - Exhibit C - Confirmation Hearing Notice |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 1 |
| Deletions | 0 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 1 |