IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>Jointly Administered<br><br>**Objection Deadline: April 10, 2017 at 4:00 PM EST**<br>**Hearing Date: April 13, 2017 at 10:00 AM EST**<br>**Re: Docket Nos. 793, 808, and 810** |

# NOTICE OF HEARING TO APPROVE THE BID PROCEDURES IN CONNECTION WITH THE FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC) AND ESML HOLDINGS INC. AND THE FIRST AMENDED DISCLOSURE STATEMENT THERETO

**PLEASE TAKE NOTICE THAT**, on February 2, 2017, Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") their (i) Chapter 11 Plan of Reorganization for Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. [D.I. 690] and (ii) a proposed disclosure statement relating to such Plan [D.I. 691].

**PLEASE TAKE FURTHER NOTICE THAT**, on March 14, 2017, the Debtors filed their (i) First Amended Chapter 11 Plan of Reorganization for Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. [D.I. 791 and 810] (as amended from time to time, the "**Plan**")[2] and (ii) a proposed first amended disclosure statement relating to such Plan [D.I. 793 and 808] (as amended from time to time, the "**Disclosure Statement**"). The Bid Procedures were attached to the Disclosure Statement as Exhibit E.

**PLEASE TAKE FURHTER NOTICE THAT**, on March 16, 2017, the Bankruptcy Court held a hearing to approve the Disclosure Statement. At that hearing, the Debtors agreed to revise the Bid Procedures as requested by certain parties in interest. The Bid Procedures, as revised, are attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing will be held on **April 13, 2017 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Brendan L. Shannon**,** United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] Where the context requires, each capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such term in the Plan.

North Market Street, 6th Floor, Wilmington, Delaware, 19081 to consider the entry of an order approving the Bid Procedures (the "**Bid Procedures Hearing**").  The Bid Procedures Hearing may be adjourned from time to time by announcement in open court at the first scheduled hearing or an adjourned hearing without further written notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE THAT** any objections to the Bid Procedures must be in writing, must be in conformity with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; must state with particularity the legal and factual basis for the objections; must reference with specificity the text of the Bid Procedures to which the objection is made; must provide proposed language changes or insertions to the Bid Procedures to resolve the objection; and must be filed with the Bankruptcy Court and served upon the following parties so as to be actually received on or before **4:00 p.m. (Prevailing Eastern Time) on April 10, 2017** (the "**Objection Deadline**"): (a) Counsel for the Debtors: White & Case LLP, 555 South Flower Street, Suite 2700, Los Angeles, CA 90071, Attn: Craig Averch, Esq., and Fox Rothschild LLP, 919 North Market Street, Suite 300, Wilmington, DE 19801, Attn: Jeffrey M. Schlerf, Esq.; and (b) the Office of the United States Trustee, District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Linda Casey, Esq.

**IF ANY OBJECTION TO THE BID PROCEDURES IS NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE BID PROCEDURES AND MAY NOT BE HEARD AT THE HEARING**.

Dated: March 16, 2017
      Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*/s/ L. John Bird*
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
Courtney A. Emerson (DE No. 6229)
919 North Market Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
jbird@foxrothschild.com
cemerson@foxrothschild.com

Thomas E Lauria (admitted pro hac vice)
Matthew C. Brown (admitted pro hac vice)
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami  Florida 33131-2352
Telephone:   (305) 371-2700
Facsimile:    (305) 385-5744
tlauria@whitecase.com

mbrown@whitecase.com

Craig H. Averch (admitted pro hac vice)
Ronald K. Gorsich (admitted pro hac vice)
Lauren C. Fujiu-Berger (admitted pro hac vice)
**WHITE & CASE LLP**
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:   (213) 620-7700
Facsimile:    (213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*