**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1] | Case No. 16-11626 (BLS) |
| | (Jointly Administered) |
| Debtors. | Related Docket Nos: 808, 809 & 814 |

**CERTIFICATION OF COUNSEL REGARDING NOTICE OF HEARING TO APPROVE THE BID PROCEDURES IN CONNECTION WITH THE FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC) AND ESML HOLDINGS INC. AND THE FIRST AMENDED DISCLOSURE STATEMENT THERETO**

The undersigned counsel for Mesabi Metallics Company LLC ("Mesabi") (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. ("Holdings," and together with Mesabi, the "Debtors") hereby certifies and states as follows:

1. Following a hearing on March 16, 2017, this Court entered an Order approving the Debtors' Disclosure Statement, as amended and scheduling a Plan Confirmation Hearing (the "Confirmation Hearing") for April 26 and 27, 2017.

2. On March 16, 2017, in connection with the Confirmation Hearing, the Debtors filed the Notice of Hearing to Approve the Bid Procedures in Connection with the First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. and the First Amended Disclosure Statement Thereto [Docket No. 814] with attached bid procedures (the "Notice"), noticing the hearing for

---

[1] Essar Steel Minnesota LLC is doing business as Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

April 13, 2017 at 10:00 A.M. No objections were filed by the April 10, 2017 deadline, as extended for certain parties. Certain informal comments were given to the Debtors.

3. Attached hereto as Exhibit A are revised bid procedures (the "Revised Bidding Procedures"), reflecting informal comments and discussions among parties in interest. Attached hereto as Exhibit B is a blacklined version of the Revised Bidding Procedures showing changes from the bid procedures attached to the Notice. All changes were circulated to the Official Committee of Unsecured Creditors, the Prepetition Lenders, SPL Advisors LLC and the Office of the United States Trustee (the "Parties") and they have no opposition thereto.

4. Attached hereto as Exhibit C is a form of order (the "Proposed Order") approving the Revised Bidding Procedures which has been circulated to the Parties and they have no opposition thereto.

Accordingly, the undersigned respectfully requests that the Court enter the Proposed Order attached hereto as Exhibit C.

Dated: April 17, 2017

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
Courtney A. Emerson (DE No. 6229)
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
jbird@foxrothschild.com
cemerson@foxrothschild.com

and

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352
Telephone:   (305) 371-2700
Facsimile:    (305) 385-5744
tlauria@whitecase.com
mbrown@whitecase.com

and

Craig H. Averch (admitted *pro hac vice*)
Ronald K. Gorsich (admitted *pro hac vice*)
**WHITE & CASE LLP**
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:   (213) 620-7700
Facsimile:    (213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*