# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC[1] and ESML HOLDINGS INC.,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered) |

### AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 13, 2017 AT 10:00 A.M. (EASTERN TIME)[3]

*AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED AT THE INSTRUCTIONS OF THE COURT.*

I. **MATTER GOING FORWARD:**

1. Notice of Hearing to Approve the Bid Procedures in Connection with the First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC and ESML Holdings Inc. and the First Amended Disclosure Statement Thereto, filed March 16, 2017 [Docket No. 814]

   Objection Deadline: April 10, 2017 at 4:00 P.M. (Extended to April 12, 2017 at 10:00 A.M. for the Official Committee of Unsecured Creditors and the Prepetition Lenders.)

   Responses Received:

   Informal comments from certain Creditor constituencies.

   Related Documents:

   a. First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed March 16, 2017 [Docket No. 810]

---

[1] Essar Steel Minnesota LLC is doing business as Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] **Amended items appear in bold.**

[3] Parties who are unable to attend the hearing in person may participate by telephone by contacting CourtCall, an independent conference call company, at (866) 582-6878. Please refer to the Court's website at www.deb.uscourts.gov (in the "General Information" under the "Judges' Info" section) for complete information and instructions. A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' noticing and claims agent, Epiq Bankruptcy Solutions, Inc. at http://dm.epiq11.com/Essar. Further information may be obtained by calling (646) 282-2500.

b. Blackline of First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed March 16, 2017 [Docket No. 811]

c. Order (I) Approving the First Amended Proposed Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. (II) Approving Form of Ballots and Proposed Solicitation and Tabulation Procedures for the Plan, (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof, (IV) Establishing Procedures for Voting in Connection with the Plan Confirmation Process, and (V) Scheduling a Confirmation Hearing, granted March 17, 2017 [Docket No. 817]

d. Notice of Complete Confirmed Copy of Solicited Disclosure Statement with Exhibits, filed March 21, 2017 [Docket No. 823]

e. Supplement to Notice of Hearing to Approve the Bid Procedures in Connection with the First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC and ESML Holdings Inc. and the First Amended Disclosure Statement Thereto, filed April 8, 2017 [Docket No. 881]

**f.     Certification of Counsel, filed April 12, 2017 [Docket No. 885]**

Status:

**A Certification of Counsel with a Proposed Order resolving this matter has been filed.**

Dated: April 12, 2017        **FOX ROTHSCHILD LLP**

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
Courtney A. Emerson (DE No. 6229)
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
jbird@foxrothschild.com
cemerson@foxrothschild.com

and

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 385-5744
tlauria@whitecase.com
mbrown@whitecase.com

and

Craig H. Averch (admitted *pro hac vice*)
Ronald K. Gorsich (admitted *pro hac vice*)
**WHITE & CASE LLP**
555 South Flower Street
Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*