IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1] | Case No. 16-11626 (BLS) |
| | Jointly Administered |
| Debtors. | |
| | Re: Docket Nos. 808, 810, 814, and 817 |

**ORDER (I) AUTHORIZING AND APPROVING BID PROCEDURES TO BE EMPLOYED IN CONNECTION WITH THE FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC) AND ESML HOLDINGS INC. AND (II) SCHEDULING AN AUCTION**

On March 16, 2017 the Court held a hearing (the "**Hearing**") on the Motion of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. for Entry of an Order (I) Approving the Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., (II) Approving Form of Ballots and Proposed Solicitation and Tabulation Procedures for the Plan, (III) Approving the Solicitation Packaged and Prescribing the Form and Manner of Notice and Distribution Thereof, (IV) Establishing Procedures for Voting in Connection with the Plan Confirmation Process, and (V) Scheduling a Confirmation Hearing (D.I. 756). At the Hearing, pursuant to their agreement with certain parties in interest, the Court scheduled a hearing on April 13, 2017, (the "**Bid Procedures Hearing**") to consider the proposed bid procedures (as amended from time to time, the "**Bid Procedures**") which govern the submission and consideration of the highest or otherwise best offer for (a) replacing the current Plan Sponsor under the terms and transactions contemplated in the Plan, (b) becoming

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

the new Plan Sponsor under the terms and the transactions contemplated in a modified plan of reorganization, or (c) the sale of substantially all of the Debtors' Assets to maximize the distributable value of the Debtors' estates; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Bid Procedures are in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having found that the Notice is adequate and that the Debtors provided good and sufficient notice of the Bid Procedures and the opportunity for a hearing on the Bid Procedures under the circumstances; and the Court having reviewed the Bid Procedures, the responses and objections to the Bid Procedures, if any, and having heard the responses and statements regarding the Bid Procedures Hearing before this Court; and the Court having determined that just cause exists for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Bid Procedures, attached hereto as **Exhibit 1** are APPROVED.

2. Pursuant to the Bid Procedures, the Debtors are authorized to conduct an Auction, if necessary, on **April 26, 2017 at 9:30 a.m. (Prevailing Eastern Time)** at the U.S. Bankruptcy Court, District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Bid Procedures Order, including, but not

limited to, any matter, claim, or dispute arising from or relating to the Bid Procedures and the implementation of this Bid Procedures Order.

Dated: April 12, 2017
Wilmington, Delaware

HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE