# EXHIBIT 1

## BID PROCEDURES

Set forth below are the procedures (the "**Bid Procedures**")[1] to be employed to maximize the value of the estates of Mesabi Metallics Company LLC, f/k/a Essar Steel Minnesota LLC and ESML Holdings Inc. (collectively, the "**Debtors**") available for distribution to the Debtors' creditors pursuant to the *Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc.* (as amended from time to time, the "**Plan**") and any related ancillary documents thereto.

These Bid Procedures describe, among other things, (i) the transactions contemplated in the Plan, (ii) the manner in which bidders and bids become Qualified Bidders and Qualified Bids (each as defined below), respectively, (iii) the conduct of the Auction (as defined below), if necessary, and (iv) the selection of the Successful Bidder (as defined below).

All submissions to the Debtors required to be made under these Bid Procedures must be directed to each of the following persons unless otherwise provided (collectively, the "**Notice Parties**"):

- **The Debtors**: Mesabi Metallics Company LLC, 555 West 27th Street, Hibbing, MN 55746, Attn: Legal Department (legal@mesabimetallics.com);

- **Counsel to the Debtors**: White & Case LLP, 555 South Flower Street, Suite 2700, Los Angeles, California 90071, Attn: Craig H. Averch (caverch@whitecase.com); Ron Gorsich (rgorsich@whitecase.com); and Fox Rothschild LLP; 919 North Market Street, Suite 300, Wilmington, DE 19899, Attn: Jeffrey M. Schlerf (jschlerf@foxrothschild.com);

- **Financial Advisors to the Debtors**: Guggenheim Securities, LLC, 330 Madison Avenue, New York, NY 10017, Attn: Stuart Erickson (stuart.erickson@guggenheimpartners.com);

- **Counsel to SPL Advisors LLC**: Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022, Attn: Robert K. Dakis (rdakis@morrisoncohen.com); Joseph T. Moldovan (jmoldovan@morrisoncohen.com);

- **Counsel to the Project Finance Lenders**: Baker & McKenzie LLP, 452 Fifth Avenue, New NY 10018, Attn: Ira A. Reid (ira.reid@bakermckenzie.com); Debra A. Dandeneau (debra.dandeneau@bakermckenzie.com);

- **Counsel to the Term Loan Lenders**: Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, New York, NY 10010, Attn: Benjamin Finestone (benjaminfinestone@quinnemanuel.com);

- **Counsel to the Supplier Credit Lenders**: Bailey Duquette P.C., 100 Broadway, 10th Floor, New York, NY 10005, Attn: James D. Bailey (james@baileyduquette.com);

---

[1] Where the context requires, each capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such term in the Plan.

and Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis (landis@lrclaw.com); Kimberly A. Brown (brown@lrclaw.com);

- **Counsel to the Committee**: Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, Attn: Stephen W. Tountas (stountas@kasowitz.com); Andrew K. Glenn (aglenn@kasowitz.com); Robert M. Novick (rnovick@kasowitz.com); and Hogan McDaniel, 1311 Delaware Avenue, Wilmington, DE 19806, Attn: Garvan F. McDaniel (gfmcdaniel@dkhogan.com); and

- **Committee Financial Advisors**. Zolfo Cooper, LLC, 1114 Avenue of the Americas, 41st Floor, New York, NY 10036; Attn: David MacGreevey (dmacgreevey@zolfocooper.com).

### A. Participation Requirements

#### 1. Potential Bidders

To participate in the bidding process or otherwise be considered for any purpose under these Bid Procedures, each interested person or entity (each, a "**Potential Bidder**") other than SPL Advisors LLC, must deliver or have previously delivered, if determined to be necessary by the Debtors in their sole discretion:

(a) an executed confidentiality agreement on terms acceptable to the Debtors and their advisors (the "**Confidential Agreement**");

(b) a statement and other factual support demonstrating to the Debtors' reasonable satisfaction that the Potential Bidder has a *bona fide* interest in (i) replacing the Plan Sponsor under the terms of the Plan; (ii) becoming a plan sponsor under the Plan with proposed modifications, or (iii) purchasing substantially all of the Assets; and

(c) written evidence adequate to allow the Debtors and their advisors to determine that the Potential Bidder has the financial wherewithal to close the proposed plan transactions or purchase substantially all of the Assets, including, but not limited to, the most current audited and unaudited financial statements (the "**Financials**") of the Potential Bidder (or, if the Potential Bidder is an entity formed for the purpose of closing a Proposed Transaction (i) the Financials of the equity holder(s) of the Potential Bidder or such other form of financial disclosure as is acceptable to the Debtors and their advisors, and (ii) a written commitment acceptable to the Debtors and their advisors of the equity holder(s) of the Potential Bidder to be responsible for the Potential Bidder's obligations in connection with the applicable proposed transaction).

#### 2. Qualified Bidders

A "**Qualified Bidder**" is a Potential Bidder whose Financials (or the Financials of its equity holder(s), as applicable) demonstrate the financial capability to consummate the Plan or

purchase substantially all of the Assets, whose proposal, offer, or solicitation (each, a "**Bid**") is a Qualified Bid (as defined below), and that the Debtors, after consulting with their advisors, the Committee and the Project Finance Lenders, the Term Loan Lenders, and the Supplier Credit Lenders (collectively, the "**Prepetition Lenders**"), determine should be considered a Qualified Bidder. Within two business days after the Bid Deadline (as defined below), the Debtors will notify each Potential Bidder in writing whether such Potential Bidder is a Qualified Bidder and shall provide to each Qualified Bidder: (a) an electronic copy of the Plan and (b) access to relevant information regarding the business of the Debtors through the Debtors' confidential electronic data room. For the avoidance of doubt, SPL Advisors LLC shall be deemed a Qualified Bidder with respect to the terms and provisions of the Plan. The Debtors and their advisors may discuss, negotiate, or seek clarification on any Qualified Bid from any Qualified Bidder.

Each Bid must fully disclose the identity of each entity that will be bidding or otherwise participating in connection with the Bid, including each equity holder or other financial backer of the Qualified Bidder, if such Qualified Bidder is an entity formed for the purpose of consummating the transactions contemplated by such Bid, and the complete terms of such participation. Any undisclosed principals, equity holders, or financial backers shall, under no circumstances, be associated with any Bid.

All Qualified Bidders shall consent to the jurisdiction of the Bankruptcy Court to determine matters concerning the Plan and their Bids (whether or not one is made), the Auction, or the marketing process generally and waive any right to any other venue.

At least 24 hours before the Bid Deadline, defined below, the Debtors shall provide (a) SPL Advisors LLC, (b) the Project Finance Lenders, (c) the Term Loan Lenders, (d) the Supplier Credit Lenders, (e) the Committee, and (f) the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") with a list of all Qualified Bidders. Any dispute concerning whether a Potential Bidder should be designated as a Qualified Bidder shall be resolved by the Bankruptcy Court.

A Qualified Bidder may not modify, amend, or withdraw its Qualified Bid, without the written consent of the Debtors, except for proposed amendments to increase their consideration contemplated by, or otherwise improve the terms of, such Qualified Bid, during the period that such Qualified Bid remains binding as specified in these Bid Procedures, provided that any Qualified Bid may be improved at the Auction as set forth herein. Any improved Qualified Bid must continue to comply with the requirements set forth in these Bid Procedures.

### 3. Bid Requirements

A "**Qualified Bid**" shall be a Bid by a Qualified Bidder that is submitted in writing and provides more distributable value to the Debtors' creditors (the "**Bid Requirements**"), as determined by the Debtors, in their reasonable business judgment, and after consultation with the Committee and the Prepetition Lenders.

Notwithstanding the generality of the foregoing the Bid Requirements shall include the posting of an earnest money deposit of 4% of the equity commitment or the asset purchase in the

Qualified Bid.

All Bids must be submitted via email (in .pdf or similar format) so as to be actually received on or before **5:00 p.m. (Prevailing Eastern Time) on April 21, 2017** (the "**Bid Deadline**") by the Notice Parties.

All Qualified Bids will be considered, but the Debtors after consulting with the Prepetition Lenders, and the Committee, and providing notice to the U.S. Trustee, reserve the right to reject any and all bids other than SPL Advisors LLC (as may be modified as set forth herein). The Debtors may, in consultation with the Prepetition Lenders and the Committee, evaluate bids on numerous grounds including, but not limited to, any potential delay, additional risks (including closing risks) and added costs to the Debtors' estates. Any disputes among the Prepetition Lenders, the Committee, the Debtors, or the U.S. Trustee, concerning the rejection or evaluation of a Qualified Bid shall be resolved by the Bankruptcy Court. Bids other than Qualified Bids will not be considered.

SPL Advisors LLC has submitted a Qualified Bid under the terms of the Plan.

## B. Auction

In the event that the Debtors timely receive two or more Qualified Bids for either (i) the transactions contemplated in the Plan or (ii) the purchase of substantially all of the Debtors' Assets, the Debtors shall conduct an auction (the "**Auction**"). The Auction will be conducted at the Plan Confirmation Hearing on April 26, 2017, at 9:30 a.m. (Prevailing Eastern Time) at the U.S. Bankruptcy Court, District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, 19801.

The Debtors and their professionals shall direct and preside over the Auction. Representatives or agents of the Debtors, the Prepetition Lenders, the U.S. Trustee, and any Qualified Bidder that has submitted a Qualified Bid and all of the Debtors' creditors (and the legal counsel and brokers to each of the foregoing), will be entitled to attend the Auction, and only Qualified Bidders will be entitled to make any subsequent bids at the Auction. The Debtors may object to and request a hearing regarding the attendance of any particular creditor at the Auction.

At least two business days after the Bid Deadline, the Debtors will notify each Qualified Bidder of the higher or otherwise best offer (the "**Baseline Bid**"), as determined by the Debtors in their reasonable business judgment, and after consultation with the Prepetition Lenders and the Committee, and provide copies of the applicable Qualified Bid Documents supporting the Baseline Bid to all Qualified Bidders that have informed the Debtors of their intent to participate in the Auction.

The Debtors reserve the right, after consultation with the Prepetition Lenders and the Committee, to announce reductions or increases in an overbid increment at any time during the Auction.

The Debtors, after consultation with the Prepetition Lenders and the Committee, shall announce the bid that they believe to be higher or otherwise better than the initial minimum

overbid, or in subsequent rounds, the overbid designated by the Debtors as the prevailing highest or otherwise best bid for the transactions contemplated in the Plan (the "**Prevailing Bid**"). The Debtors shall disclose to all Qualified Bidders the material terms of any new overbid designated by the Debtors as the Prevailing Bid.

For the purpose of evaluating overbids, the Debtors may require a Qualified Bidder submitting an overbid to submit, as part of its overbid, additional evidence (in the form of financial disclosure or credit-quality support information or enhancement acceptable to the Debtors, the Prepetition Lenders, and the Committee, in their sole discretion) demonstrating such Qualified Bidder's ability to close the applicable proposed transactions.

### a. Selection of Successful Bid

The Auction will continue until there is only one Bid that the Debtors determine, in their reasonable business judgment, and after consulting with the Prepetition Lenders and the Committee, to be the highest and otherwise best Bid (the "**Successful Bid**") and notify all Qualified Bidders participating in the Auction of the successful bidder(s) (the "**Successful Bidder**"). If a Qualified Bid is received by the Debtors and SPL Advisors LLC fails to participate in the Auction for any reason, or otherwise withdraws its Qualified Bid, leaving the Debtors with a single Qualified Bid, the Debtors may select such bid as the Successful Bid without conducting an Auction, if after consulting with the Prepetition Lenders and the Committee, the Debtors believe doing so would be in the best interests of their estates. The Debtors' acceptance of the Successful Bid is conditioned upon approval by the Bankruptcy Court of the Successful Bid. Within thirty (30) days following the completion of the Auction, or such other time as the parties agree, the Successful Bidder and the Debtors shall complete and execute all agreements, instruments or other documents necessary to consummate the transactions contemplated by the Successful Bid. If the Prepetition Lenders and the Committee do not agree with the Debtors' determinations regarding any of the matters set forth in this paragraph, the Bankruptcy Court shall make such determinations in lieu of the Debtors. The Bankruptcy Court will be informed of the Successful Bidder and the amount of the Successful Bid at the Plan Confirmation Hearing.

### b. Highest or Otherwise Best Bid

When determining the highest or otherwise best Bid for the transactions contemplated in the Plan, as compared to other Bids, the Debtors may consider the following factors as well as any other factors the Debtors, in consultation with Prepetition Lenders and the Committee, reasonably deem relevant and appropriate: (i) the amount and nature of the consideration, including any assumed liabilities; (ii) any requested modifications to the terms of the Plan; (iii) the likelihood of the Qualified Bidder being able to close the proposed transactions and the timing thereof; (iv) the net benefit to the Debtors' estates; and (v) whether the Debtors would have to resolicit the Plan.

In the event that (a) the Bankruptcy Court confirms the Plan, (b) in connection with confirmation of the Plan the Bankruptcy Court approves the terms of an equity commitment letter executed by the Successful Bidder, and (c) the Successful Bidder is subsequently replaced after the Confirmation Date, then the Successful Bidder shall be entitled to a break-up fee of $7.5

million and reimbursement of fees, expenses and costs not to exceed $2.5 million; provided, however, no break-up fee shall be due and payable unless and until the post Confirmation Hearing purchaser closes, consummates and funds the transaction contemplated by a proposal that replaces the Successful Bidder.

### c. Reservation of Rights

The Debtors, with the consent of the Prepetition Lenders and the Committee, reserve their rights to (i) extend the deadlines set forth in the Bid Procedures, (ii) adjourn the Auction and/or adjourn the Confirmation Hearing, as applicable, in open court, (iii) add procedural rules that are reasonably necessary under the circumstances for conducting the Auction, (iv) cancel the Auction, (v) reject any or all Bids, or, if the Debtors determine, in their business judgment and after consultation with the Prepetition Lenders and the Committee to otherwise modify these Bid Procedures in a manner that will best promote the goals of the bidding process and the Debtors' reorganization.