**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>Jointly Administered<br><br>Re: Docket Nos. 814, 885, 887 |

**NOTICE OF SELECTION OF BASELINE BID**

**PLEASE TAKE NOTICE THAT** on March 16, 2017, Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., as debtors and debtors in possession in the above-captioned cases (the "**Debtors**") filed the *Notice of Hearing to Approve the Bid Procedures in Connection with the First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. and the First Amended Disclosure Statement Thereto* [D.I. 814]. On April 12, 2017, the Debtors filed the *Certification of Counsel Regarding Notice of Hearing to Approve the Bid Procedures in Connection with the First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. and the First Amended Disclosure Statement Thereto* [D.I. 885].

**PLEASE TAKE FURTHER NOTICE THAT** on April 12, 2017, the Court entered an order authorizing and approving bid procedures, as amended (the "**Bid Procedures**") [D.I. 887].

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Bid Procedures, after consulting with the Prepetition Lenders and Committee,[2] the Debtors have selected the bid made by Chippewa Capital Partners, LLC ("**Chippewa**") as the Baseline Bid (as defined in the Bid Procedures). A copy of the Chippewa bid is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: April 24, 2017<br>Wilmington, Delaware | **FOX ROTHSCHILD LLP**<br><br> */s/ Jeffrey M. Schlerf*<br>Jeffrey M. Schlerf (DE No. 3047)<br>L. John Bird (DE No. 5310)<br>Courtney A. Emerson (DE No. 6229)<br>919 North Market Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 654-7444 |

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] Where the context requires, capitalized terms used and not otherwise defined herein shall have the meaning set forth in the Plan.

Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
jbird@foxrothschild.com
cemerson@foxrothschild.com

Thomas E Lauria (admitted pro hac vice)
Matthew C. Brown (admitted pro hac vice)
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami,  Florida 33131-2352
Telephone:   (305) 371-2700
Facsimile:    (305) 385-5744
tlauria@whitecase.com
mbrown@whitecase.com

Craig H. Averch (admitted pro hac vice)
Ronald K. Gorsich (admitted pro hac vice)
Lauren C. Fujiu-Berger (admitted pro hac vice)
**WHITE & CASE LLP**
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:   (213) 620-7700
Facsimile:    (213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com
lfujiu@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*