# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC[1] and<br>ESML HOLDINGS INC.,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 920** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 26, 2017 AT 1:00 P.M.[3] (EASTERN TIME)[4]

## PLEASE NOTE THE TIME OF THE HEARING HAS CHANGED TO 1:00 P.M.

**I.    CONTINUED MATTER:**

1. Debtors' First (Non-Substantive) Omnibus Objection to Certain Claims, filed November 19, 2016 [Docket No. 553]

   Objection Deadline:   February 9, 2017 at 4:00 P.M. (Extended to March 9, 2017 at 4:00 P.M. for all parties)

   Responses Received:

   a.   Response of Essar Constructions Limited, *et al.* to Debtors' First (Non-Substantive) Omnibus Motion, filed March 8, 2017 [Docket No. 774]

---

[1] Essar Steel Minnesota LLC is doing business as Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] **Amended items appear in bold.**

[3] The Auction is scheduled for 9:30 A.M., and the hearing will follow **at 1:00 P.M.  April 27, 2017 will no longer be reserved.**

[4] Parties who are unable to attend the hearing in person may participate by telephone by contacting CourtCall, an independent conference call company, at (866) 582-6878. Please refer to the Court's website at www.deb.uscourts.gov (in the "General Information" under the "Judges' Info" section) for complete information and instructions. A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' noticing and claims agent, Epiq Bankruptcy Solutions, Inc. at http://dm.epiq11.com/Essar. Further information may be obtained by calling (646) 282-2500.

Related Documents:

a. Notice of Submission of Proofs of Claim, filed February 2, 2017 [Docket No. 689]

Status:

By agreement of the parties, this matter has been continued to a hearing date to be determined.

**II. CONTESTED MATTERS:**

2. Debtors' Motion, Pursuant to Bankruptcy Rule 9019, for an Order Allowing Great Lakes Gas Transmission Limited Partnership's Proof of Claim, filed March 13, 2017 [Docket No. 789]

   Objection Deadline: March 27, 2017 at 4:00 P.M. (Extended to April 5, 2017 for the Official Committee of Unsecured Creditors and the Term Lenders)

   Responses Received:

   a. Objection of the Official Committee of Unsecured Creditors to Debtors' Motion, Pursuant to Bankruptcy Rule 9019, for an Order Allowing Great Lakes Gas Transmission Limited Partnership's Proof of Claim, filed April 5, 2017 [Docket No. 869]

   b. Objection of U.S. Bank National Association to Debtors' Motion, Pursuant to Bankruptcy Rule 9019, for an Order Allowing Great Lakes Gas Transmission Limited Partnership's Proof of Claim, filed April 5, 2017 [Docket No. 872]

   c. Joinder by ICICI Bank Limited, Singapore Branch, to Objection of U.S. Bank National Association to Debtors' Motion, Pursuant to Bankruptcy Rule 9019, for an Order Allowing Great Lakes Gas Transmission Limited Partnership's Proof of Claim, filed April 5, 2017 [Docket No. 871]

   Related Documents:

   a. Declaration of Benjamin I. Finestone in Support of the Objection of U.S. Bank National Association to Debtors' Motion, Pursuant to Bankruptcy Rule 9019, for an Order Allowing Great Lakes Gas Transmission Limited Partnership's Proof of Claim, filed April 5, 2017 [Docket No. 873]

   b. Great Lakes Gas Transmission Limited Partnership's Response to Objections to Debtors' Rule 9019 Motion Filed by the Official Committee of Unsecured Creditors and U.S. Bank National Association, filed April 21, 2017 [Docket No. 913]

Status:

This is going forward as a contested matter.

### III. STATUS CONFERENCE:

3. First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed March 16, 2017 [Docket No. 810]

    Objection Deadline: April 17, 2017 at 4:00 P.M. (Extended to April 20, 2017 for the United States Trustee; Extended to April 21, 2017 for ArcelorMittal USA LLC; Extended to April 25, 2017 at 10:00 A.M. (Prevailing Eastern Time) for the Committee and Prepetition Lenders)

    Responses Received:

    a. Objection of Glacier Park Iron Ore Properties LLC to Assumption of Mineral Leases, filed April 12, 2017 [Docket No. 888] [Resolved]

    b. Minnesota Department of Natural Resources' Revised Objection to Debtor Essar Steel Minnesota LLC's Motion to Assume Nonresidential Leases, and Opposition to Plan of Confirmation, filed April 17, 2017 [Docket No. 893]

    c. Iowa Trenchless, L.C.'s Objection to Confirmation of First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed April 17, 2017 [Docket No. 894] [Resolved]

    d. Reservation of Rights of Essar Steel Algoma Inc. Regarding the First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed April 17, 2017 [Docket No. 895]

    e. Limited Objection of River Consulting, LLC to Confirmation of the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed April 17, 2017 [Docket No. 896] [Resolved]

    Related Documents:

    a. Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed February 2, 2017 [Docket No. 690]

    b. Notice of Debtors' Motion to Assume Unexpired Mineral Leases, filed February 2, 2017 [Docket No. 692]

    c.    First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed March 14, 2017 [Docket No. 791]

    d.    Blackline of First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed March 14, 2017 [Docket No. 792]

    e.    Order (I) Approving the First Amended Disclosure Statement Relating to the Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., (II) Approving Form of Ballots and Proposed Solicitation and Tabulation Procedures for the Plan, (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof, (IV) Establishing Procedures for Voting in Connection with the Plan Confirmation Process, and (V) Scheduling a Confirmation Hearing, signed March 17, 2017 [Docket No. 817]

    f.    Notice of Complete Conformed Copy of Solicited Disclosure Statement with Exhibits, filed March 21, 2017 [Docket No. 823]

    g.    Affidavit of Publication of Notice of (A) Solicitation of Votes to Accept or Reject the First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., (B) Hearing to Consider Plan Confirmation, and (C) Deadline for Filing Objections to the Plan, filed March 21, 2017 [Docket No. 828]

    h.    Order (I) Authorizing and Approving Bid Procedures to be Employed in Connection with the First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. and (II) Scheduling an Auction, signed April 12, 2017 [Docket No. 887]

    i.    Notice of Filing of Plan Documents with Respect to the First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed April 12, 2017 [Docket No. 889]

    j.    Notice Related to Selection of the Litigation Trustee Pursuant to the First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed April 14, 2017 [Docket No. 891]

    k.    Certification of Counsel in Connection with Stipulation Regarding Assumption of GPIOP Mineral Leases, filed April 24, 2017 {docket No. 917]

l.  Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on the First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc., filed April 24, 2017 [Docket No. 918]

m.  Notice of Selection of Baseline Bid, filed April 24, 2017 [Docket No. 919]

n.  **Order Approving Stipulation Regarding Assumption of GPIOP Mineral Leases, signed April 24, 2017 [Docket No. 924]**

Status:

**The Debtors will announce the results of the auction. Confirmation and assumption of unexpired mineral leases are continued to May 22, 2017 at 11:00 A.M.**

Dated: April 24, 2017    **FOX ROTHSCHILD LLP**

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
Courtney A. Emerson (DE No. 6229)
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
jbird@foxrothschild.com
cemerson@foxrothschild.com

-and-

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 385-5744
tlauria@whitecase.com
mbrown@whitecase.com

-and-

Craig H. Averch (admitted *pro hac vice*)
Ronald K. Gorsich (admitted *pro hac vice*)
**WHITE & CASE LLP**
555 South Flower Street
Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*