# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1] | Case No. 16-11626 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATION OF COUNSEL IN CONNECTION WITH STIPULATION REGARDING THE REQUEST FOR ADEQUATE PROTECTION BY <u>CHIPPEWA CAPITAL PARTNERS, LLC</u>

The undersigned counsel for Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. (the "**Debtors**") hereby certifies and states as follows:

1. On July 8, 2016, the Debtors each commenced a chapter 11 case in this Court by filing a voluntary petition for relief under the Bankruptcy Code. The Debtors' chapter 11 cases (the "**Cases**") are being jointly administered by Order dated July 12, 2016 [Docket No. 32].

2. On April 12, 2017, the Court entered the *Order (I) Authorizing and Approving Bid Procedures to be Employed in Connection with the First Amended Chapter 11 Plan of Reorganization of Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and ESML Holdings Inc. and (II) Scheduling an Auction* [Docket No. 887], approving the bid procedures attached thereto as Exhibit 1.

3. Chippewa Capital Partners, LLC ("**Chippewa**") and the Debtors have agreed to a binding term sheet (as amended, supplemented or modified from time to time with the prior written consent of Chippewa, the "**Chippewa Proposal**"), the terms of which were attached to

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

1

the *Notice of Selection of Baseline Bid* [Docket No. 919]. As part of the Chippewa Proposal, Chippewa has agreed to provide a $10 million deposit in connection with its bid subject to certain requested protections.

4. As part of the Chippewa Proposal, Chippewa is willing to release certain portions of the deposit to the Debtors as cash collateral to fund the Debtors' bankruptcy proceedings.

5. On April 26, 2017, the Debtors and Chippewa entered into a Stipulation Regarding the Request for Adequate Protection by Chippewa Capital Partners, LLC (the "**Stipulation**").

6. Attached hereto as **Exhibit 1** is a proposed form of order (the "**Proposed Order**") approving the Stipulation. A true and correct copy of the Stipulation is attached to the Proposed Order as Exhibit A thereto.

7. SPL Advisors LLC, Strategic Partners Holdings Limited, and any parent, affiliate, or subsidiary thereof (collectively, "**SPL**"), the Prepetition Lenders (as defined in the Stipulation) and the Official Committee of Unsecured Creditors have reviewed the Stipulation and Proposed Order, and consent to entry of the Proposed Order and the terms of the Stipulation.

Accordingly, the Debtors respectfully request that the Court enter the Proposed Order.

Dated: April 26, 2017

Respectfully submitted,

**FOX ROTHSCHILD LLP**

/s/     *Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
Courtney A. Emerson (DE No. 6229)
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
jschlerf@foxrothschild.com
jbird@foxrothschild.com
cemerson@foxrothschild.com

and

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352
Telephone:  (305) 371-2700
Facsimile:  (305) 385-5744
tlauria@whitecase.com
mbrown@whitecase.com

and

Craig H. Averch (admitted *pro hac vice*)
Ronald K. Gorsich (admitted *pro hac vice*)
**WHITE & CASE LLP**
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*