IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 887** |

## ORDER APPROVING STIPULATION REGARDING THE REQUEST FOR ADEQUATE PROTECTION BY CHIPPEWA CAPITAL PARTNERS, LLC

Upon the Stipulation Regarding the Request for Adequate Protection by Chippewa Capital Partners, LLC (the "**Stipulation**"), it is HEREBY ORDERED THAT:

1. The Stipulation attached hereto as **Exhibit A** is approved and is immediately enforceable in accordance with its terms.[2]

2. The failure to specifically include any particular provision of the Stipulation in this Order shall not diminish or impair the effectiveness of such provision, it being the intent of the Court that all the terms and conditions of the Stipulation be authorized and approved in their entirety as if set forth at length herein.

3. SPL Advisors LLC, Strategic Partners Holdings Limited, and any parent, affiliate, or subsidiary thereof (collectively, "**SPL**"), the Prepetition Lenders (as defined in the Stipulation) and the Official Committee of Unsecured Creditors have reviewed the Stipulation and this Order, and consent to entry of this Order and the terms of the Stipulation. SPL's consent

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Stipulation.

1

to the relief set forth herein, including but not limited to the provision of liens and claims to Chippewa, is expressly conditioned on the Chippewa Proposal providing for the indefeasible repayment of the DIP Obligations (as defined in the DIP Order).[3]

4. All Cash Collateral shall constitute Chippewa's cash collateral and Chippewa is entitled to adequate protection for all such amounts pursuant to the terms of the Stipulation and is also entitled to the good faith and other protections of Section 363 of the Bankruptcy Code with respect to the Cash Collateral and the funding transactions described in the Stipulation.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 28, 2017
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
CHIEF BANKRUPTCY JUDGE

---

[3] Nothing herein shall or shall be construed as allowing the DIP Obligations, in whole or in part, and all parties (other than the Debtors or Chippewa) reserve the right to object to the allowance or payment of the DIP Obligations.