# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1] | Case No. 16-11626 (BLS) |
| | (Jointly Administered) |
| | Ref. Docket Nos. 920 and 925 |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 24, 2017, I caused to be served the:

   a. "Notice of Agenda of Matters Scheduled for Hearing on April 26, 2017 at 9:30 A.M. (Eastern Time)," dated April 24, 2017 [Docket No. 920], and

   b. "Notice of Amended Agenda of Matters Scheduled for Hearing on April 26, 2017 at 1:00 P.M. (Eastern Time)," dated April 24, 2017 [Docket No. 925],

---

[1] Essar Steel Minnesota LLC n/k/a Mesabi Metallics Company LLC is doing business as Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

-2-

    by causing true and correct copies to be:

       i.    delivered via facsimile to those parties listed on the annexed <u>Exhibit A</u>, and

      ii.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

                                                    */s/ Forrest Kuffer*
                                                    Forrest Kuffer

Sworn to before me this
25th day of April, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

| NAME | FAX |
|---|---|
| THE INTERNAL REVENUE SERVICE | 302-577-8202 |
| THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | 302-573-6497 |

**EXHIBIT B**

# EMAIL SERVICE LIST

abigail.mcgibbon@gpmlaw.com
aglenn@kasowitz.com
avalukas@jenner.com
bankruptcy@morrisoncohen.com;
benjaminfinestone@quinnemanuel.com
bgurstelle@briggs.com
bsullivan@sha-llc.com
cbrown@gsbblaw.com
cfbcbi@gmail.com
secbankruptcy@sec.gov
clark.monica@dorsey.com
clyde.rankin@bakermckenzie.com
cmwinter@duanemorris.com
copsagency@icicibank.com
csamis@wtplaw.com
csimon@crosslaw.com
cstephenson@bk-legal.com
cward@polsinelli.com
daluzt@ballardspahr.com
dcarlson@duluthlaw.com
dean@rlf.com
debaecke@blankrome.com
debra.dandeneau@bakermckenzie.com
delrod@getrial.com
dgmcfb3007@centralbank.co.in
dklauder@bk-legal.com
dpanos@jenner.com
emiller@bayardlaw.com
erickay@quinnemanuel.com
ferguson@lrclaw.com
foia-liaison@usace.army.mil
frank.grese@bakermckenzie.com
gfinizio@bayardlaw.com
gflasser@bayardlaw.com
gfmcdaniel@dkhogan.com
glorioso.alessandra@dorsey.com
hellison@getrial.com
jalberto@bayardlaw.com
james.hanley1@usbank.com
james@baileyduquette.com
jdoran@hinckleyallen.com
jeffrey.wegner@kutakrock.com
jessica.liou@weil.com
jferguson@duluthlaw.com
jphitchings@duanemorris.com
jprol@lowenstein.com

jryan@potteranderson.com
kcohen@goodwin.com
kelly.diblasi@weil.com
kgood@wtplaw.com
kmb@mcgrannshea.com
kmksc@kmksc.com
knight@rlf.com
kowens@ashby-geddes.com
krosen@lowenstein.com
landon@slollp.com
landis@lrclaw.com
linda.casey@usdoj.gov
lindsayweber@quinnemanuel.com
ljones@pszjlaw.com
luke.skinner@state.mn.us
mallard.robert@dorsey.com
matt.barr@weil.com
mharvey@mnat.com
mpollio@goodwin.com
mressler@kasowitz.com
mstein@kasowitz.com
nbrannick@coleschotz.com
newyork@sec.gov
nglassman@bayardlaw.com
npernick@coleschotz.com
nvislocky@lowenstein.com
oliver.larson@ag.state.mn.us
oscar.pinkas@dentons.com
pratelle@fwhtlaw.com
preilley@coleschotz.com
prital.patel@usbank.com
rab@curtinheefner.com
randerson@briggs.com
ray.schrock@weil.com
rchristensen@duluthlaw.com
rdakis@morrisoncohen.com
rdehney@mnat.com
robert.richards@dentons.com
rmcneill@potteranderson.com
rpalacio@ashby-geddes.com
rschar@jenner.com
shapiro@rlf.com
skatona@polsinelli.com
stountas@kasowitz.com
tsica@lowenstein.com
vlazar@jenner.com

# EMAIL SERVICE LIST

whazeltine@sha-llc.com
wright@lrclaw.com
wattj@ballardspahr.com
wwalker@getrial.com

### *ADDITIONAL EMAIL SERVICE LIST:*

dklauder@bk-legal.com
oliver.larson@ag.state.mn.us
kkleinman@cozen.com
jnesset@cozen.com
rpalacio@ashby-geddes.com
bkeenan@ashby-geddes.com
daluzt@ballardspahr.com
wattj@ballardspahr.com
delrod@getrial.com
wwalker@getrial.com
hellison@getrial.com
wbowden@ashby-geddes.com
snewman@ashby-geddes.com