**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>          Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered) |
| CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC,<br><br>          Plaintiff<br><br>      v.<br><br>SUPERIOR MINERAL RESOURCES LLC, MIRANDA MINERAL RESOURCES, LLC, and MESABI METALLICS COMPANY LLC,<br><br>          Defendants. | Adv. Proc. No. 18-50416 (BLS) |
| MESABI METALLICS COMPANY LLC (f/k/a ESSAR STEEL MINNESOTA LLC) and CHIPPEWA CAPITAL PARTNERS, LLC,<br><br>          Plaintiffs<br><br>      v.<br><br>B. RILEY FBR, INC. f/k/a B. RILEY & CO., LLC,<br><br>          Defendant. | Adv. Proc. No. 18-50833 (BLS) |

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC.  The last four digits of its federal taxpayer identification number are 8770.  The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 31, 2018 AT 10:00 A.M. (EDT)**[2]

I.     **CONTINUED MATTER**

1.     Debtors' First (Non-Substantive) Omnibus Objection to Certain Claims
[Filing Date: 11/19/16; D.I. 553]

Response Deadline:    February 9, 2017 at 4:00 p.m. (extended to March 9,
2017 at 4:00 p.m. for all parties)

Responses Received:

a.    Response of Essar Constructions Limited, *et al.* to Debtors' First
(Non-Substantive) Omnibus Motion (Docket #553) [Filing Date:
3/8/17; D.I. 774]

Related Documents:

a.    Notice of Submission of Proofs of Claim [Filing Date: 2/2/17; D.I.
689]

**Status:**    By agreement of the parties, this matter has been continued to a
hearing date to be determined.

II.    **RESOLVED MATTER**

2.     Second Joint Motion of the Disbursing Agent, The SC Litigation Trustee,
and the UC Litigation Trustee for an Order Extending Deadline for Filing
Objections to Claims [Filing Date: 9/10/18; D.I. 1549]

Response Deadline:    September 24, 2018 at 4:00 p.m. (EST)

Responses Received: None.

Related Documents:

---

[2]     Please note that the hearing is before the Honorable Chief Judge Brendan L. Shannon in the United
States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1,
Wilmington, Delaware 19801.  Any person who wishes to appear telephonically must contact
COURTCALL, LLC at (866) 582–6878 no later than 12:00 p.m. (EDT) one business day prior to the
hearing.  Chambers must be contacted regarding any late requests for telephonic appearances.

    a. Certificate of No Objection Regarding Second Joint Motion of the Disbursing Agent, The SC Litigation Trustee, and the UC Litigation Trustee for an Order Extending Deadline for Filing Objections to Claims [Date Entered: 10/2/18; D.I. 1556]

    b. Second Order Extending Deadline for Filing Objections to Claims [Date Entered: 10/3/18; D.I. 1557]

**Status:** An order has been entered with regard to this matter. Therefore, a hearing is not required.

### III.    MATTERS UNDER CERTIFICATION OF COUNSEL

3.    Objection of U.S. Bank National Association to Proof of Claim Nos. 144 and 154 Filed by Central Bank of India and Export Import Bank of India [Filing Date: 12/22/17; D.I. 1397]

Response Deadline:   January 22, 2018 at 4:00 p.m. (EST)

Responses Received:

    a. The Supplier Credit Lenders' Response to the Objection of U.S. Bank National Association to Proof of Claim Nos. 144 and 154 Filed by Central Bank of India and Export Import Bank of India [Filing Date: 1/22/18; D.I. 1426]

Related Documents:

    a. Order Approving Stipulation Regarding the Objection of U.S. Bank National Association to Proof of Claim Nos. 144 and 154 Filed by Central Bank of India and Export Import Bank of India [Date Entered: 3/15/18; D.I. 1484]

    b. Order Approving Amended Stipulation Regarding the Objection of U.S. Bank National Association to Proof of Claim Nos. 144 and 154 Filed by Central Bank of India and Export Import Bank of India [Date Entered: 4/5/18; D.I. 1498]

    c. Certification of Counsel Regarding Second Amended Stipulation Regarding the Objection of U.S. Bank National Association to Proof of Claim Nos. 144 and 154 Filed by Central Bank of India and Export Import Bank of India [Filing Date: 6/25/18; D.I. 1519]

    d. Order Approving Second Amended Stipulation Regarding the Objection of U.S. Bank National Association to Proof of Claim Nos.

144 and 154 Filed by Central Bank of India and Export Import Bank of India [Date Entered: 6/25/18; D.I. 1520]

e.  Certification of Counsel Regarding Third Amended Stipulation Regarding the Objection of U.S. Bank National Association to Proof of Claim Nos. 144 and 154 Filed by Central Bank of India and Export Import Bank of India [Filing Date: 9/24/18; D.I. 1550]

f.  Order Approving Third Amended Stipulation Regarding the Objection of U.S. Bank National Association to Proof of Claim Nos. 144 and 154 Filed by Central Bank of India and Export Import Bank of India [Date Entered: 9/25/18; D.I. 1553]

g.  Certification of Counsel Regarding Fourth Amended Stipulation Regarding the Objection of U.S. Bank National Association to Proof of Claim Nos. 144 and 154 Filed by Central Bank of India [Filing Date: 10/29/18; D.I. 1565]

**Status:**    On October 29, 2018, the parties filed under certification of counsel a stipulation adjourning the status conference on this matter until a future date to be determined.  Therefore, a hearing is only necessary to the extent the Court has any questions.

## IV.    ADVERSARY STATUS CONFERENCES

4.  Plaintiff's Complaint (originally filed in the District Court of the Ninth Judicial District, in the State of Minnesota and removed and transferred to this Court (Adv. D.I. 1-1) (Adv. Proc. No. 18-04041)

Related Documents:

a.  Notice of Removal [Filing Date: 4/9/18; Adv. D.I. 1] (Adv. Proc. No. 18-50416)

b.  Letter from Court setting status conference. [Date entered: 10/25/2018; D.I. 45]

c.  Notice of Hearing [Filing Date: 10/26/18; Adv. D.I. 46]

Response Deadline:    September 14, 2018

Responses Received:

    a.   Defendants Mesabi Metallics Company LLC's and Miranda Mineral Resources, LLC's Answer, Affirmative Defenses, and Courterclaim to Plaintiff's Amended Complaint [Filing Date: 9/14/18; Adv. D.I. 40]

    b.   Cleveland-Cliffs Minnesota Land Development LLC's Answer to Defendants Mesabi Metallics Company LLC's and Miranda Mineral Resources, LLC's Answer, Affirmative Defenses, and Courterclaim to Plaintiff's Amended Complaint [Filing Date: 10/5/18; Adv. D.I. 43]

Status:      This matter is going forward as a status conference.

5.     Complaint for Civil Contempt, Declaratory Judgment, and Breach of Contract (Adv. Proc. No. 18-50833) [Filing Date: 9/24/18; Adv. D.I. 1]

Related Documents:

    a.   Summons and Notice of Pretrial Conference Served on Defendant B. Riley FBR, Inc. f/k/a B. Riley & Co., LLC [Filing Date: 9/25/18; Adv. D.I. 3]

Response Deadline:   October 25, 2018

Responses Received:

    a.   Motion to Dismiss Adversary Proceeding [Filing Date: 10/25/18; Adv. D.I. 9]

    b.   Memorandum of Law in Support of Defendant's Motion to Dismiss Adversary Proceeding [Filing Date: 10/25/18; Adv. D.I. 10]

Status:      This matter is going forward as a pretrial scheduling conference.

Dated: October 29, 2018
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Daniel N. Brogan*
Justin R. Alberto (No. 5126)
Evan T. Miller (No. 5364)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:  jalberto@bayardlaw.com
       emiller@bayardlaw.com
       dbrogan@bayardlaw.com

*Counsel to the Reorganized Debtors*