# SIGN-IN SHEET

Case Name: ESML Holdings Inc.

Case No.: 16-11626

Courtroom No.1 - Judge Shannon

Date: October 31, 2018

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Daniel Brogan | Bayard | Reorganized Debtor |
| Jennifer Cree | UIC | OBI/EIBOI |
| Craig Averch | White & Case | Meshing Chipram Capital |
| Telly Schlee | Fox Rothschild | " |
| Dave Queroli | Richards Layton | ICICI Bank |
| Katherine Devanney | Cole Schotz | B. Riley |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Brendan L. Shannon**

#1

2nd Revision  Oct 31 2018 5:57AM

| Calendar Date: | 10/31/2018 |
|---|---|
| Calendar Time: | 10:00 AM ET |

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | ESML Holdings Inc. | 16-11626 | Hearing | 9404474 | M. Blake Cleary | (302) 571-6714 ext. | Young, Conaway Stargatt & Taylor, LLP | Creditor, Cleveland Cliffs, Inc. / LIVE |
| | | ESML Holdings Inc. | 16-11626 | Hearing | 9404490 | M. Blake Cleary | (302) 571-6714 ext. | Young, Conaway Stargatt & Taylor, LLP | Creditor, Cleveland Cliffs, Inc. / LIVE |
| | | ESML Holdings Inc. | 16-11626 | Hearing | 9395101 | Benjamin Finestone | (212) 849-7341 ext. | Quinn Emanuel Urquhart & Sullivan, LLP | Creditor, U.S. Bank, N.A. / LIVE |
| | | ESML Holdings Inc. | 16-11626 | Hearing | 9407867 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | ESML Holdings Inc. | 16-11626 | Hearing | 9395083 | Matthew B. Harvey | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Creditor, U.S. Bank / LIVE |
| | | ESML Holdings Inc. | 16-11626 | Hearing | 9404509 | Michael Neiburg | (302) 576-3590 ext. | Young, Conaway Stargatt & Taylor, LLP | Creditor, Cleveland-Cliff, et al / LIVE |
| | | ESML Holdings Inc. | 16-11626 | Hearing | 9407411 | David T. Queroli | (302) 651-7687 ext. | Richards, Layton & Finger, P.A. | Creditor, ICICI Bank Limited / LISTEN ONLY |
| | | ESML Holdings Inc. | 16-11626 | Hearing | 9406403 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | ESML Holdings Inc. | 16-11626 (ALL) | Hearing | 9405563 | Joshua Berman | (213) 620-7836 ext. | White & Case LLP | Debtor, Mesabi Metallics / LIVE |
| | | ESML Holdings Inc. | 16-11626 (ALL) | Hearing | 9405255 | Alexandria Lattner | (213) 620-7700 ext. | White & Case LLP | Debtor, Mesabi Metallics / LISTEN ONLY |
| | | ESML Holdings Inc. | 16-11626 (17-5121 0) | Hearing | 9409004 | Morton R. Branzburg | (215) 569-3007 ext. | Klehr Harrison Harvey Branzburg LLP | Creditor, Essar Steal Algoma / LISTEN ONLY |
| | | ESML Holdings Inc. | 16-11626 (17-5121 0) | Hearing | 9401120 | Robert Faxon | (216) 586-3939 ext. | Jones Day | Defendant(s), Cleveland-Cliffs Inc, et al / LIVE |
| | | ESML Holdings Inc. | 16-11626 (17-5121 0) | Hearing | 9401128 | James Graham | (216) 694-5700 ext. | Cleveland-Cliffs | Defendant(s), Cleveland-Cliffs Inc, et al / LISTEN ONLY |
| | | ESML Holdings Inc. | 16-11626 (17-5121 0) | Hearing | 9403879 | Christopher J. Harayda | (612) 766-8033 ext. | Faegre Baker Daniels, LLP | Defendant(s), Glacier Park Iron Ore Properties / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| ESML Holdings Inc. | 16-11626 (17-5121 0) | Hearing | 9401107 | Kristin Morrison | (216) 586-3939 ext. | Jones Day | Defendant(s), Cleveland-Cliffs Inc., et al / LIVE |
| ESML Holdings Inc. | 16-11626 (18-5041 6) | Hearing | 9406262 | Clarissa R. Chenoweth | (302) 652-8400 ext. | Smith, Katzenstein & Jenkins LLP | Creditor, Superior Mineral Resources / LIVE |
| ESML Holdings Inc. | 16-11626 (18-5041 6) | Hearing | 9407895 | Susan Fennessey | (646) 485-5569 ext. | Mesabi Metallics | Debtor, Mesabi Metallics / LISTEN ONLY |
| ESML Holdings Inc. | 16-11626 (18-5041 6) | Hearing | 9400851 | Vincent Lazar | (312) 923-2989 ext. | Jenner & Block LLP | Creditor, ArcelorMittal USA / LISTEN ONLY |
| ESML Holdings Inc. | 16-11626 (18-5041 6) | Hearing | 9406268 | Charles K. Maier | (612) 632-3000 ext. | Gray, Plant, Mooty, Mooty & Bennett, P.A. | Creditor, Superior Mineral Resources / LIVE |
| ESML Holdings Inc. | 16-11626 (18-5083 3) | Hearing | 9391897 | Joseph M. Pastore III | (203) 658-8454 ext. | Pastore & Dailey, LLC | Creditor, B. Riley F. B. R., Inc. formely known as B. Riley and Co., LLC / LIVE |
| ESML Holdings Inc. | 16-11626 (18-5083 3) | Hearing | 9406309 | Adam M. Rosen | (646) 367-2412 ext. | B. Riley FBR Inc. | Defendant(s), B. Riley / LISTEN ONLY |
| ESML Holdings Inc. | 16-11626 (18-5083 3) | Hearing | 9400093 | Gilbert R. Saydah Jr. | (212) 259-7340 ext. | CKR Law LLP | Interested Party, Gilbert R. Saydah Jr. / LIVE |
| ESML Holdings Inc. | 16-11626 (18-5083 3) | Hearing | 9391899 | Christina Volpe | (203) 658-8454 ext. | Pastore & Daley, LLC | Creditor, B. Riley F. B. R., Inc. formely known as B. Riley and Co., LLC / LIVE |