# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br>(Jointly Administered) |
| KEVIN NYSTROM, solely in his capacity as Litigation Trustee for the UC LITIGATION TRUST,<br><br>               Plaintiff<br><br>      v.<br><br>MADHU VUPPULURI; SANJAY BHARTIA; PRASHANT RUIA; ANSHUMAN RUIA; and DOES 1-500<br><br>               Defendants. | Adv. Proc. No. 17-50001 (CTG) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>               Plaintiff<br><br>      v.<br>CLEVELAND-CLIFFS, INC. (F/K/A CLIFFS NATURAL RESOURCES, INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>               Defendants. | Adv. Proc. No. 17-51210 (CTG) |

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

| | |
|---|---|
| CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC,<br><br>              Plaintiff<br><br>     v.<br><br>MIRANDA MINERAL RESOURCES, LLC and MESABI METALLIC COMPANY LLC<br><br>       Defendants. | Adv. Proc. 18-50416 (CTG) |
| SC MESABI LITIGATION TRUSTEE, Plaintiff<br><br>     v.<br><br>CENTRAL BANK OF INDIA and EXPORT BANK OF INDIA<br>Defendants. | Adv. Proc. 18-50555 (CTG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC CONFERENCE ON JUNE 9, 2021 AT 1:00 P.M. (ET)[2]**

**THIS HEARING HAS BEEN ADJOURNED
UNTIL JUNE 14, 2021 AT 2:00 P.M.**

**I.    ADJOURNED MATTERS**

1. Order Setting Status Conference [Date Filed: 5/6/2021; D.I. 1731; Adv. Pro No. 17-50001 (CTG), Adv. D.I. 177; Adv. Pro. No. 17-51210 (CTG), Adv. D.I 503;[3] Adv. Pro. No. 18-50416 (CTG), Adv. D.I. 59; Adv. Pro. No. 18-50555 (CTG), Adv. D.I. 59]

    Status:    The status conference in the above captioned cases and adversary proceedings has been adjourned to June 14, 2021 at 2:00 p.m.

2. Defendant Cleveland-Cliffs Inc.'s Motion to Compel Discovery from Additional Document Custodians from Plaintiff Mesabi Metallics Company LLC [Date filed: 2/26/21; Adv. D.I. 458 (SEALED); Adv. D.I. 464 (REDACTED)]

    Response Deadline:    April 1, 2021.

---

[2]     Please note that the telephonic/Zoom status conference is before the Honorable Judge Craig T. Goldblatt in the United States Bankruptcy Court for the District of Delaware.

[3]     References to Adv. D.I. refer to the docket of Adv. Pro. No. 17-51210, unless otherwise noted.

Related Briefing:

    a.    Defendant Cleveland-Cliffs Inc.'s Memorandum of Law in Support of Motion to Compel Discovery from Additional Document Custodians from Plaintiff Mesabi Metallics Company LLC [Date filed: 2/26/21; Adv. D.I. 459 (SEALED); Adv. D.I. 465 (REDACTED)]

    b.    Plaintiff's Brief in Opposition to Defendant's Motion to Compel Discovery from Additional Document Custodians from Plaintiff [Date filed: 3/19/21; Adv. D.I. 471 (SEALED); Adv. D.I. 480 (REDACTED)]

    c.    Declaration of David H. Suggs in Support of Plaintiff's Brief in Opposition to Defendant's Motion to Compel Discovery from Additional Document Custodians from Plaintiff [Date filed: 3/19/21; Adv. D.I. 472 (SEALED)]

    d.    Defendant Cleveland-Cliffs Inc.'s Reply Brief in Support of Its Motion to Compel Discovery from Additional Document Custodians from Plaintiff Mesabi Metallics Company LLC [Date filed: 4/1/21; Adv. D.I. 483 (SEALED); Adv. D.I. 488 (REDACTED)]

Status: Oral argument on this matter has been adjourned until June 14, 2021 at 2:00 p.m.

3.    Defendant Cleveland-Cliffs Inc.'s Motion to Compel Discovery from Plaintiff Mesabi Metallics Company LLC Regarding Essar Global Fund Limited [Date filed: 2/26/21; Adv. D.I. 460 (SEALED); Adv. D.I. 466 (REDACTED)]

Response Deadline: April 1, 2021.

Related Briefing:

    a.    Defendant Cleveland-Cliffs Inc.'s Memorandum of Law in Support of Motion to Compel Discovery from Plaintiff Mesabi Metallics Company LLC Regarding Essar Global Fund Limited [Date filed: 2/26/21; Adv. D.I. 461 (SEALED); Adv. D.I. 467 (REDACTED)]

    b.    Plaintiffs Opposition to Defendant Cleveland-Cliffs Inc.'s Motion to Compel Discovery from Plaintiff Mesabi Metallics Company LLC Regarding Essar Global Fund Limited [Date filed: 3/19/21; Adv. D.I. 473 (SEALED); Adv. D.I. 481 (REDACTED)]

    c.    Defendant Cleveland-Cliffs Inc.'s Reply Brief in Support of Its Motion to Compel Discovery from Plaintiff Mesabi Metallics Company LLC Regarding Essar Global Fund Limited [Date filed: 4/1/21; Adv. D.I. 484 (SEALED; Adv. D.I. 489 (REDACTED)]

    Status:    Oral argument on this matter has been adjourned until June 14, 2021 at 2:00 p.m.

4. Defendant Cleveland-Cliffs Inc.'s Motion to Compel Gary Heasley to Comply with Subpoena [Date filed: 4/16/21; Adv. D.I. 492 (SEALED)]

    Response Deadline:    n/a

    Related Briefing:

    a. Defendant Cleveland-Cliffs Inc.'s Memorandum of Law in Support of Its Motion to Compel Gary Heasley to Comply with Subpoena [Date filed: 4/16/21; Adv. D.I. 493 (SEALED); Adv. D.I. 495 (REDACTED)]

    b. E-Mail Dated April 19, 2021 from D. Brogan to R. Bello [Attached as Exhibit A]

    c. Letter Dated April 20, 2021 from R. Faxon to J. Shannon [Date Filed: 4/20/21; Adv. D.I. 494]

    Status:    The status conference on this matter has adjourned until June 14, 2021 at 2:00 p.m.

Dated:  June 7, 2021  
         Wilmington, Delaware

BAYARD, P.A.

*/s/ Daniel N. Brogan*  
Evan T. Miller (No. 5364)  
Daniel N. Brogan (No. 5723)  
600 N. King Street, Suite 400  
Wilmington, DE 19801  
Telephone: (302) 655-5000  
Facsimile: (302) 658-6395  
E-mail:  emiller@bayardlaw.com  
           dbrogan@bayardlaw.com

*Counsel to the Reorganized Debtors*