## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br>(Jointly Administered) |
| KEVIN NYSTROM, solely in his capacity as Litigation Trustee for the UC LITIGATION TRUST,<br><br>Plaintiff<br><br>v.<br><br>MADHU VUPPULURI; SANJAY BHARTIA; PRASHANT RUIA; ANSHUMAN RUIA; and DOES 1-500<br><br>Defendants. | Adv. Proc. No. 17-50001 (CTG) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>Plaintiff<br><br>v.<br><br>CLEVELAND-CLIFFS, INC. (F/K/A CLIFFS NATURAL RESOURCES, INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>Defendants. | Adv. Proc. No. 17-51210 (CTG) |

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC.  The last four digits of its federal taxpayer identification number are 8770.  The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

CLEVELAND-CLIFFS MINNESOTA LAND
DEVELOPMENT LLC,

                    Plaintiff

            v.                                          Adv. Proc. 18-50416 (CTG)

MIRANDA MINERAL RESOURCES, LLC;
MESABI METALLIC COMPANY LLC

                  Defendants.

SC MESABI LITIGATION TRUSTEE,

                    Plaintiff

            v.                                          Adv. Proc. 18-50555 (CTG)

CENTRAL BANK OF INDIA and EXPORT
BANK OF INDIA,

                  Defendants.

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## TELEPHONIC CONFERENCE ON JUNE 14, 2021 AT 2:00 P.M. (ET)[2]

| |
|---|
| **COURTCALL WILL NOT BE USED FOR THIS HEARING.** |
| **You must now register for the ZOOM call.  When registering, please copy and paste the below link to your browser.  As part of the Court's protocol, please remember to register with ZOOM no later than Friday, June 11, 2021 at 4:00 p.m. (ET) in order to avoid being denied access.** |
| ESML/Mesabi – Case No.  16-11626 (CTG) <br> When: June 14, 2021 2:00 PM Eastern Time (US and Canada) <br><br> Register in advance for this meeting: <br> https://debuscourts.zoomgov.com/meeting/register/vJIsd-igqjIuE-LUCK3R6q0Jk9miNGSCeMg <br> After registering, you will receive a confirmation email containing information about joining the meeting. |

I.      **MATTERS GOING FORWARD**

        1.      Order Setting Status Conference [Date Filed: 5/6/2021; D.I. 1731; Adv. Pro No.
                17-50001 (CTG), Adv. D.I. 177; Adv. Pro. No. 17-51210 (CTG), Adv. D.I 503;[3]
                Adv. Pro. No. 18-50416 (CTG), Adv. D.I. 59; Adv. Pro. No. 18-50555 (CTG), Adv.
                D.I. 42]

---

[2]      Please note that the telephonic/Zoom status conference is before the Honorable Judge Craig T. Goldblatt in the United States Bankruptcy Court for the District of Delaware.

[3]      References to Adv. D.I. refer to the docket of Adv. Pro. No. 17-51210, unless otherwise noted.

Status:        The above-captioned matters will be going forward as a status conference.

2.    Defendant Cleveland-Cliffs Inc.'s Motion to Compel Discovery from Additional Document Custodians from Plaintiff Mesabi Metallics Company LLC [Date filed: 2/26/21; Adv. D.I. 458 (SEALED); Adv. D.I. 464 (REDACTED)]

Response Deadline:    April 1, 2021.

Related Briefing:

    a.    Defendant Cleveland-Cliffs Inc.'s Memorandum of Law in Support of Motion to Compel Discovery from Additional Document Custodians from Plaintiff Mesabi Metallics Company LLC [Date filed:  2/26/21; Adv. D.I. 459 (SEALED); Adv. D.I. 465 (REDACTED)]

    b.    Plaintiff's Brief in Opposition to Defendant's Motion to Compel Discovery from Additional Document Custodians from Plaintiff [Date filed: 3/19/21; Adv. D.I. 471 (SEALED); Adv. D.I. 480 (REDACTED)]

    c.    Declaration of David H. Suggs in Support of Plaintiff's Brief in Opposition to Defendant's Motion to Compel Discovery from Additional Document Custodians from Plaintiff [Date filed: 3/19/21; Adv. D.I. 472 (SEALED)]

    d.    Defendant Cleveland-Cliffs Inc.'s Reply Brief in Support of Its Motion to Compel Discovery from Additional Document Custodians from Plaintiff Mesabi Metallics Company LLC [Date filed:  4/1/21; Adv. D.I. 483 (SEALED); Adv. D.I. 488 (REDACTED)]

Status:        This matter is going forward.

3.    Defendant Cleveland-Cliffs Inc.'s Motion to Compel Discovery from Plaintiff Mesabi Metallics Company LLC Regarding Essar Global Fund Limited [Date filed: 2/26/21; Adv. D.I. 460 (SEALED); Adv. D.I. 466 (REDACTED)]

Response Deadline:    April 1, 2021.

Related Briefing:

    a.    Defendant Cleveland-Cliffs Inc.'s Memorandum of Law in Support of Motion to Compel Discovery from Plaintiff Mesabi Metallics Company LLC Regarding Essar Global Fund Limited [Date filed: 2/26/21; Adv. D.I. 461 (SEALED); Adv. D.I. 467 (REDACTED)]

    b.    Plaintiffs Opposition to Defendant Cleveland-Cliffs Inc.'s Motion to Compel Discovery from Plaintiff Mesabi Metallics Company LLC

Regarding Essar Global Fund Limited [Date filed: 3/19/21; Adv. D.I. 473 (SEALED); Adv. D.I. 481 (REDACTED)]

c.   Defendant Cleveland-Cliffs Inc.'s Reply Brief in Support of Its Motion to Compel Discovery from Plaintiff Mesabi Metallics Company LLC Regarding Essar Global Fund Limited [Date filed: 4/1/21; Adv. D.I. 484 (SEALED; Adv. D.I. 489 (REDACTED)]

Status:      This matter is going forward.

4.   Defendant Cleveland-Cliffs Inc.'s Motion to Compel Gary Heasley to Comply with Subpoena [Date filed: 4/16/21; Adv. D.I. 492 (SEALED)]

Response Deadline:   n/a

Related Briefing:

a.   Defendant Cleveland-Cliffs Inc.'s Memorandum of Law in Support of Its Motion to Compel Gary Heasley to Comply with Subpoena [Date filed: 4/16/21; Adv. D.I. 493 (SEALED); Adv. D.I. 495 (REDACTED)]

b.   E-Mail Dated April 19, 2021 from D. Brogan to R. Bello [Attached as Exhibit A]

c.   Letter Dated April 20, 2021 from R. Faxon to J. Shannon [Date Filed: 4/20/21; Adv. D.I. 494]

Status:      This matter is going forward.

*Remainder of page intentionally left blank.*

Dated:  June 10, 2021
        Wilmington, Delaware

BAYARD, P.A.

*/s/ Daniel N. Brogan*
Evan T. Miller (No. 5364)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:  emiller@bayardlaw.com
        dbrogan@bayardlaw.com

*Counsel to the Reorganized Debtors*