# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>                Plaintiff,<br><br>    v.<br><br>CLEVELAND-CLIFFS INC. (F/K/A CLIFFS NATURAL RESOURCES INC.); CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC; GLACIER PARK IRON ORE PROPERTIES LLC; and DOES 1-10<br><br>                Defendants. | Adv. Proc. No. 17-51210 (CTG) |
| GLACIER PARK IRON ORE PROPERTIES LLC,<br><br>                Counterclaim Plaintiff,<br><br>    v.<br><br>MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC),<br><br>                Counterclaim Defendant. | |

---

[1]     Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JULY 14, 2023 AT 10:00 A.M. (ET)**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**
**ALL AUDIO WILL BE PROVIDED THROUGH ZOOM.**

ESML/Mesabi—Case No. 16-11626 (CTG)
When: July 14, 2023 at 10:00 AM Eastern Time (US and Canada)

All participants must register prior to the hearing through this link:
https://debuscourts.zoomgov.com/meeting/register/vJIsf-CprjIsEsgoclIT4lJ3q_7VBSFghHk

**As part of the Court's protocol, please remember to register with ZOOM no later than Thursday, July 13, 2023 at 4:00 p.m. (ET) in order to avoid being denied access.** After registering, you will receive a confirmation email containing information about joining the meeting.

**I.    MATTER GOING FORWARD**

1. [SEALED] Letter to the Honorable Craig T. Goldblatt Regarding Privilege Dispute Filed by Cleveland-Cliffs, Inc. [Date Filed: 7/07/23; Adv. D.I. 757]

    Related Documents:

    a. [SEALED] Letter to Judge Goldblatt Filed by Cleveland-Cliffs, Inc. [Date Filed: 6/20/23; Adv. D.I. 749]

    b. [SEALED] Letter to Judge Craig T. Goldblatt in Response to the Letter filed by Cleveland-Cliffs, Inc. on June 20, 2023 [Date Filed: 6/27/23; Adv. D.I. 751]

    c. Transcript regarding hearing held June 30, 2023 [Date Filed: 6/30/23; Adv. D.I. 753]

    d. [SEALED] Appendices to Cliffs' Letter Regarding Privilege Dispute [Date Filed: 7/07/23; Adv. D.I. 758]

    Responses Received:

    a. [SEALED] Letter to the Honorable Craig T. Goldblatt Regarding Privilege Dispute Filed by Mesabi Metallics Company LLC [Date Filed: 7/12/23; Adv. D.I. 762]

    Status:    This matter is going forward.

Dated: July 13, 2023  
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: emiller@bayardlaw.com

*Counsel to the Reorganized Debtors*