**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos.** |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE SC LITIGATION TRUSTEE, ESSAR PARTIES, AND SC LENDERS REGARDING RESOLUTION OF ALL REMAINING MATTERS BEFORE THIS COURT**

Upon consideration of *Stipulation by and between the SC Litigation Trustee, Essar Parties, and SC Lenders Regarding Resolution of All Remaining Matters Before This Court* (the "**Stipulation**"),[2] a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Stipulation being a core proceeding pursuant to 28 U.S.C. § 157(b); and the venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that good and sufficient cause exists for approval of the Stipulation,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is APPROVED in its entirety.

2. The 9019 Motion and all relevant documents and pleadings in connection thereto, including the objection filed by the SC Lenders, shall be deemed withdrawn.

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

3. The Escrow Agreement in connection with the 9019 Motion shall be terminated.

4. The Essar Adversary Proceeding shall be dismissed with prejudice upon filing of the agreed Dismissal Notice, substantially in the form attached to the Stipulation as **Exhibit 1**.

5. The SC Lender Adversary Proceeding shall be dismissed with prejudice upon filing of the agreed Dismissal Notice, substantially in the form attached to the Stipulation as **Exhibit 2**.

6. The *Notice of Appointment of Successor Trustee* and *Notice of Substitution of Counsel*, both substantially in the form attached to the Stipulation as **Exhibits 3 and 4** (collectively, the "**Notices**"), shall be effective after the Essar Adversary Proceeding and the SC Lender Adversary Proceeding are dismissed with prejudice and upon the filing of the Notices in the Chapter 11 Cases.

7. The Stipulation shall become effective immediately upon entry of this Order.

8. The parties are authorized to take any steps as may be required or necessary to implement the Stipulation.

9. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of the Stipulation and this Order.

**Dated: May 5th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**