**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| BRADLEY E. SCHER, solely in his capacity as SC Litigation Trustee for SC Mesabi Litigation Trust,<br><br>Plaintiff<br><br>v.<br><br>ESSAR GLOBAL FUND LIMITED; ESSAR PROJECTS LIMITED; ESSAR PROJECTS USA, LLC; ESSAR PROJECTS (INDIA) LIMITED; ESSAR PROJECT MANAGEMENT COMPANY LIMITED; ESSAR CONSTRUCTIONS LIMITED; ESSAR PROJECTS MIDDLE EAST FZE; ESSAR ENGINEERING SERVICES LIMITED; GLOBAL SUPPLIES FZE; ESSAR LOGISTICS LIMITED; DOES 1-500<br><br>Defendants. | Adv. Proc. No. 17-50001 (CTG) |

**NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff Bradley E. Scher, solely in his capacity as the litigation trustee for the SC Mesabi Litigation Trust (the "**SC Litigation Trustee**") and Defendants Essar Global Fund Limited, on

[1] Essar Steel Minnesota LLC is doing business as Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

behalf of itself and each of the other affiliate defendants, have agreed to dismiss the above-captioned adversary proceeding (the "**Adversary Proceeding**") with prejudice. *See* Case No. 16-11626 (CTG); D.I. 1955. On May 5, 2025, the Court entered an order approving, among other things, the dismissal of this Adversary Proceeding with prejudice. *See* Case No. 16-11626 (CTG); D.I. 1956. Accordingly, the SC Litigation Trustee hereby files this notice in the Adversary Proceeding. Each party shall bear its own attorneys' fees and costs.

Dated: May 6, 2025
Respectfully submitted,


*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (No. 2436)
Timothy P. Cairns (No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
tcairns@pszjlaw.com

**WHITE & CASE LLP**
Ronald K. Gorsich (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: rgorsich@whitecase.com

*Counsel to Bradley E. Scher, SC Litigation Trustee*

*/s/ R. Karl Hill*
**SEITZ, VAN OGTROP & GREEN, P.A.**
R. Karl Hill (No. 2747)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-0600
Facsimile: (302) 888-0606
E-mail: khill@svglaw.com

**LAZARE POTTER GIACOVES & MOYLE LLP**
David E. Potter (admitted *pro hac vice*)
Jaipat Singh Jain (admitted *pro hac vice*)
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: (212) 758-9300
Email: dpotter@lpgmlaw.com
jjain@lpgmlaw.com

*Counsel for Essar Parties*