**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| BRADLEY E. SCHER, solely in his capacity as SC Litigation Trustee for SC Mesabi Litigation Trust,<br><br>Plaintiff<br><br>v.<br><br>CENTRAL BANK OF INDIA, AND EXPORT IMPORT BANK OF INDIA,<br><br>Defendants. | Adv. Proc. No. 18-50555 (CTG) |

**NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff Bradley E. Scher, solely in his capacity as the litigation trustee for the SC Mesabi Litigation Trust (the "**SC Litigation Trustee**") and Defendants Central Bank of India and Export Import Bank of India, have agreed to dismiss the above-captioned adversary proceeding (the "**Adversary Proceeding**") with prejudice. *See* Case No. 16-11626 (CTG); D.I. 1955. On May 5, 2025, the Court entered an order approving, among other things, the dismissal of this Adversary Proceeding with prejudice. *See* Case No. 16-11626 (CTG); D.I. 1956. Accordingly, the SC

[1] Essar Steel Minnesota LLC is doing business as Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

Litigation Trustee hereby files this notice in the Adversary Proceeding. Each party shall bear its own attorneys' fees and costs.

Dated: May 6, 2025

Respectfully submitted,

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (No. 2436)
Timothy P. Cairns (No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
tcairns@pszjlaw.com

**WHITE & CASE LLP**
Ronald K. Gorsich (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: rgorsich@whitecase.com

*Counsel to Bradley E. Scher, SC Litigation Trustee*

*/s/ Kimberly A. Brown*
**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Jennifer L. Cree (No. 5919)
919 N. Market Street, 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
cree@lrclaw.com

**BAILEY DUQUETTE P.C.**
James D. Bailey
104 Charlton Street, 1W
New York, NY 10014
Telephone: (212) 658-1946
Facsimile: (866) 233-5869
E-mail: james@baileyduquette.com

*Counsel for SC Lenders*