**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1] | ) | Case No. 16-11626 (CTG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF FILING THE FINAL REPORT**

PLEASE TAKE NOTICE that on May 21. 2025, Mesabi Metallics Company LLC filed the *Motion of Mesabi Metallics Company LLC for Entry of a Final Decree (I) Closing the Chapter 11 Cases and (II) Granting Related Relief* [D.I. 1963].

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 3022-1(a)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Mesabi Metallics Company LLC hereby files the Final Report attached hereto as **Exhibit A**.

Dated: June 3, 2025
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ GianClaudio Finizio*
GianClaudio Finizio (No. 4253)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: gfinizio@bayardlaw.com

*Counsel to Mesabi Metallics Company LLC*

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of Mesabi Metallics Company LLC's federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.